# Jones, Brad D.

| | |
|---|---|
| **From:** | Jones, Brad D. |
| **Sent:** | Monday, February 5, 2024 4:44 PM |
| **To:** | 'Jonathan Barnes' |
| **Cc:** | 'Young, Craig B.'; 'Weiner, Joshua S.'; Albert, Marc; 'Jeremy Ritter-Wiseman' |
| **Subject:** | 23-1642 Freddie Mac v. MM Property - Notice of Intent to Seek Contempt Finding |

Jonathan,

I have spoken to the Receiver regarding this situation. We have made multiple efforts to have productive discussions with you about a form of consent that would be agreeable to Mr. Forrester and MMG. I reviewed the proposed form provided by WFAH, which appeared reasonable to me. I understand that your client believes Freddie Mac's Notice of Default terminated MMG and Mr. Forrester's rights with respect to the Cash Collateral Account and, as a result of that termination, MMG/Mr. Forrester's consents are no longer necessary for any turnover. As an accommodation to your client I understand that WFAH has no objection to including, in the form of a consent authorizing turnover, a recital stating your client asserts that his control over the account has terminated and is no longer required, so long as the consent: (1) is clear that Mr. Forrester and MMG agree their authority has terminated and is not required for WFAH to turn over the money to the Receiver; and (2) both WFAH and Mr. Forrester/MMG each agree to not assert liability claims against each other as a result of the funds being turned over to the Receiver.

We have scheduled and rescheduled multiple calls to try to accommodate your client. The last few calls have been cancelled or rescheduled with little notice due to your inability to speak with your client or to receive instruction from your client. Today you stated you were not comfortable attending the call even to provide us an update on what's going on.

Given this standstill, the Receiver has instructed me to prepare a motion asking the District Court to find Mr. Forrester and MMG in contempt of the Court's December 12, 2023 Order and to ask the Court to order WFAH to turn over the funds. If it is necessary to prepare and file these pleadings, the Receiver may seek costs and attorney's fees against MMG and Mr. Forrester, in addition to whatever additional sanctions the Court determines may be necessary to compel Mr. Forrester and MMG to comply with the December 12, 2023 Order.

Before preparing and filing those papers, I wanted to inform you about my client's position in the hopes we can resolve this without Court intervention.

If there is any information you believe the Receiver should consider before proceeding, please let me know.

Regards,
Brad

---

**From:** Jones, Brad D.
**Sent:** Monday, February 5, 2024 1:53 PM
**To:** 'Jonathan Barnes' <jbarnes@grsm.com>
**Cc:** Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

Jonathan,

Let's keep this call at 2pm, even if its short.

I'd like to get an update on when your client is going to be available, what we know about his status, and have a chance for us to talk about what alternative options may exist. Plus Marc Albert may be able to be on this call and I think it's helpful for both WFAH and MMG's counsel to be able to discuss any issues with the Receiver.

-Brad

**From:** Jonathan Barnes <jbarnes@grsm.com>
**Sent:** Monday, February 5, 2024 1:47 PM
**To:** Jones, Brad D. <brad.jones@stinson.com>
**Cc:** Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

Brad, we still have not spoken with our client regarding the issue at hand. Respectfully, we think it is best to cancel today's phone call.

Jonathan

> **From:** Jones, Brad D. <brad.jones@stinson.com>
> **Sent:** Friday, February 2, 2024 1:32 PM
> **To:** Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
> **Subject:** RE: Meeting re Cash Collateral Account Consent
>
> I will reschedule today's call for Monday. I suggest circulating a calendar invite for 2 pm EST on Monday.
>
> Regards,
> Brad
>
> **Brad D. Jones**
> Partner
>
> STINSON LLP
> 1775 Pennsylvania Avenue NW, Suite 800
> Washington, DC 20006-4605
> Direct: 202.572.9903
>
> **STINSON.COM**
>
> **Admitted Only in Virginia; Supervised by Marc Albert, a member of the D.C. Bar.**
>
> **From:** Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>
> **Sent:** Friday, February 2, 2024 1:01 PM
> **To:** Jones, Brad D. <brad.jones@stinson.com>; Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
> **Subject:** RE: Meeting re Cash Collateral Account Consent
>
> Hi all,

I just spoke with Brad and unfortunately we won't have an update for you all as we still have not had the chance to speak with our client. Accordingly, I think it's best that we pull down the call for today and circle back next week.

Best,
Jeremy

---

**JEREMY RITTER-WISEMAN** | Associate

**GORDON REES SCULLY MANSUKHANI / GRSM50**
**YOUR 50 STATE LAW FIRM™**

277 S. Washington Street, Suite 550
Alexandria, VA 22314
D: 703-650-7025 | C: 610-547-2712 | jritterwiseman@grsm.com

www.grsm.com
vCard

> **From:** Jones, Brad D. <brad.jones@stinson.com>
> **Sent:** Thursday, February 1, 2024 2:09 PM
> **To:** Jonathan Barnes <jbarnes@grsm.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
> **Subject:** RE: Meeting re Cash Collateral Account Consent
>
> Thank you Jonathan,
>
> We can reschedule to tomorrow. I am available at 3:30 pm on Friday if that time works for you. I believe WFAH's counsel is available then.
>
> Regards,
> Brad
>
> **Brad D. Jones**
> Partner
>
> STINSON LLP
> 1775 Pennsylvania Avenue NW, Suite 800
> Washington, DC 20006-4605
> Direct: 202.572.9903
>
> **STINSON.COM**
>
> **Admitted Only in Virginia; Supervised by Marc Albert, a member of the D.C. Bar.**
>
> > **From:** Jonathan Barnes <jbarnes@grsm.com>
> > **Sent:** Thursday, February 1, 2024 12:19 PM
> > **To:** Jones, Brad D. <brad.jones@stinson.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
> > **Subject:** RE: Meeting re Cash Collateral Account Consent

Brad, our client has not affirmatively instructed us to not participate. We understand the Receiver's urgent need and will be sure to re-emphasize this with our client. We have not been able to further discuss the authorization form but are hopeful to do so by tomorrow. It would be best for us to let you know tomorrow regarding the status.

We apologize for any inconvenience.

Jonathan

> **From:** Jones, Brad D. <brad.jones@stinson.com>
> **Sent:** Thursday, February 1, 2024 12:07 PM
> **To:** Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
> **Subject:** RE: Meeting re Cash Collateral Account Consent
>
> Jeremy,
>
> Can you give us a better understanding of the problem? Is the client affirmatively instructing you to not participate in a call?
>
> The Receiver has an urgent need for funding on the property and it is important to move this forward. If we reschedule for tomorrow will you and Jonathan be able to participate then?
>
> Brad
>
> **Brad D. Jones**
> Partner
>
> STINSON LLP
> 1775 Pennsylvania Avenue NW, Suite 800
> Washington, DC 20006-4605
> Direct: 202.572.9903
>
> **STINSON.COM**
>
> **Admitted Only in Virginia; Supervised by Marc Albert, a member of the D.C. Bar.**
>
> > **From:** Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>
> > **Sent:** Thursday, February 1, 2024 12:03 PM
> > **To:** Jones, Brad D. <brad.jones@stinson.com>; Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
> > **Subject:** RE: Meeting re Cash Collateral Account Consent
> >
> > Hi all,
> >
> > We apologize for this, but Jonathan and I are not able to attend the scheduled call at 2pm. We understand this is an urgent matter, but we do not have the authority to participate at this time.
> >
> > Best,
> > Jeremy

**JEREMY RITTER-WISEMAN** | Associate

**GORDON REES SCULLY MANSUKHANI / GRSM50**
**YOUR 50 STATE LAW FIRM™**

277 S. Washington Street, Suite 550
Alexandria, VA 22314
D: 703-650-7025 | C: 610-547-2712 | jritterwiseman@grsm.com

www.grsm.com
vCard

**From:** Jones, Brad D. <brad.jones@stinson.com>
**Sent:** Tuesday, January 30, 2024 1:20 PM
**To:** Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

Jonathan,

Let's have our meeting as scheduled today at 4pm. We don't think it will be a waste of time and we can talk through progress on this issue. I understand you will need to consult with your client before committing to a form of consent, and WFAH may need to consult with their client as well. But I felt our call last week was productive and want to keep positive discussions going.

Regards,
Brad

**Brad D. Jones**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.572.9903

**STINSON.COM**

**Admitted Only in Virginia; Supervised by Marc Albert, a member of the D.C. Bar.**

**From:** Jonathan Barnes <jbarnes@grsm.com>
**Sent:** Tuesday, January 30, 2024 1:00 PM
**To:** Young, Craig B. <Craig.Young@KutakRock.com>; Jones, Brad D. <brad.jones@stinson.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

All, I apologize but we have to cancel our participation in this afternoon's call. We're waiting to hear from our client regarding this issue and rather than wasting everyone's time with a call, we think it would be best to cancel at this time. I apologize for the last

minute cancelation but I wanted to be respectful of your schedules. We will follow up with everyone shortly.

Jonathan

**From:** Jonathan Barnes
**Sent:** Friday, January 26, 2024 11:43 AM
**To:** 'Young, Craig B.' <Craig.Young@KutakRock.com>; Jones, Brad D. <brad.jones@stinson.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

All, we are available Tuesday afternoon.

**From:** Young, Craig B. <Craig.Young@KutakRock.com>
**Sent:** Friday, January 26, 2024 9:49 AM
**To:** Jones, Brad D. <brad.jones@stinson.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jonathan Barnes <jbarnes@grsm.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

I have a hearing at 2:00 on Tuesday; otherwise available any time Monday or Tuesday.

**Craig B. Young**
**KUTAKROCK**
**1625 Eye Street, NW, Suite 800**
**Washington, D.C. 20006-4061**
and
**901 East Byrd Street, Suite 1000**
**Richmond, VA 23219-4071**
(202) 828-2328 My Direct
(703) 994-0873 My Mobile
(202) 828-2488 Office Facsimile
craig.young@kutakrock.com
www.kutakrock.com
**2014 - 2019 Super Lawyers**
**Martindale Hubbell AV Preeminent Rating**

**From:** Jones, Brad D. <brad.jones@stinson.com>
**Sent:** Friday, January 26, 2024 9:42 AM
**To:** Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jonathan Barnes <jbarnes@grsm.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

**[ CAUTION - EXTERNAL SENDER ]**

That works for me. Jonathan, are you available Tuesday afternoon?

Brad

6

**Brad D. Jones**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.572.9903

**STINSON.COM**

**Admitted Only in Virginia; Supervised by Marc Albert, a member of the D.C. Bar.**

**From:** Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>
**Sent:** Thursday, January 25, 2024 3:54 PM
**To:** Jones, Brad D. <brad.jones@stinson.com>; Jonathan Barnes <jbarnes@grsm.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

I am open anytime Tuesday afternoon.

**Joshua S. Weiner** | Attorney | **Kutak Rock LLP**
1650 Farnam Street, Omaha, NE 68102
**Office:** 402-346-6000 | **Direct:** 402-231-8848
Joshua.Weiner@KutakRock.com | www.kutakrock.com

**From:** Jones, Brad D. <brad.jones@stinson.com>
**Sent:** Thursday, January 25, 2024 2:36 PM
**To:** Jonathan Barnes <jbarnes@grsm.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

**[ CAUTION - EXTERNAL SENDER ]**

All,

Can we schedule another Zoom meeting to discuss the parties' positions on the Consent and work to get agreement on this? I am available all day Monday and Tuesday afternoon.

Regards,
Brad

**Brad D. Jones**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.572.9903

**STINSON.COM**

**Admitted Only in Virginia; Supervised by Marc Albert, a member of the D.C. Bar.**

**From:** Jonathan Barnes <jbarnes@grsm.com>
**Sent:** Tuesday, January 23, 2024 6:50 PM
**To:** Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Jones, Brad D. <brad.jones@stinson.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

Josh, I meant to respond to this yesterday but neglected to. We understand you and your client's position and are discussing with our client what possible alternatives there could be to accomplish our goals.

We will circle back with you shortly and thank you for your patience.

Jonathan

**From:** Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>
**Sent:** Monday, January 22, 2024 8:45 PM
**To:** Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Jones, Brad D. <brad.jones@stinson.com>; Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

Jonathan,

Your clients' latest requested addition, conditioning their consent on WFAH agreeing to provide them with indemnification as set forth in your revised draft consent is not acceptable to WFAH, nor it consistent with the order directing your clients to provide written authorization to WFAH for the release of the funds in the cash collateral account.  WFAH is not amenable to providing your clients with the enhancement of their rights nor potential exposure to WFAH as you have requested. Further while, we fail to see what potential claims could arise from the disbursement of funds to the Receiver that are not resolved by a mutual release, the fact that your clients apparently believe that the requested indemnity is material creates potential risk that WFAH is not interested in undertaking in these circumstances. Even assuming however, that your clients' concerns have any legitimacy, WFAH sees no reason to agree to provide any such indemnity or increase any potential exposure, particularly since the Court's order did not permit your clients to condition their consent as you have requested.   Further, as you are aware, while WFAH cannot speak for Fargo Bank, N.A., or Freddie Mac, we do not understand why your clients believe that either WFAH, Wells Fargo Bank or Freddie Mac would be agreeable to indemnifying MM Guaranty or Mr. Forrester.

As discussed, if your clients' concern over potential claims arises from the replenishment obligation of the cash collateral account under the terms of the Guaranty, we are open to addressing this in a more direct fashion that does not involve a broad indemnification  n of an undefined universe of claims.

We remain willing to discuss the language of the consent, as well as our revisions. At this stage, however, WFAH's position is and continues to be that it is not required or expected to sign any consent per the terms of the Court's December 12 Order, and that

the duty to comply with the Court's Order remains exclusively with MM Guaranty, LLC and Mr. Forrester.

Josh

**Joshua S. Weiner** | Attorney | **Kutak Rock LLP**
1650 Farnam Street, Omaha, NE 68102
**Office:** 402-346-6000 | **Direct:** 402-231-8848
Joshua.Weiner@KutakRock.com | www.kutakrock.com

**Joshua S. Weiner** | Attorney | **Kutak Rock LLP**
1650 Farnam Street, Omaha, NE 68102
**Office:** 402-346-6000 | **Direct:** 402-231-8848
Joshua.Weiner@KutakRock.com | www.kutakrock.com

**From:** Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>
**Sent:** Monday, January 22, 2024 2:08 PM
**To:** Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Jones, Brad D. <brad.jones@stinson.com>; Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

**[ CAUTION - EXTERNAL SENDER ]**

Hi all,

Here is the latest draft. Please note the language inserted the end regarding indemnification. I expect you all will want to discuss this language. When we do discuss further, we also would like to address Josh's revisions regarding MMG and Forrester providing authorization for the disbursement.

Thanks,
Jeremy

**JEREMY RITTER-WISEMAN** | Associate

**GORDON REES SCULLY MANSUKHANI / GRSM50**
**YOUR 50 STATE LAW FIRM™**

277 S. Washington Street, Suite 550
Alexandria, VA 22314
D: 703-650-7025 | C: 610-547-2712 | jritterwiseman@grsm.com

www.grsm.com
vCard

**From:** Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>
**Sent:** Monday, January 22, 2024 1:52 PM
**To:** Jones, Brad D. <brad.jones@stinson.com>; Jonathan Barnes <jbarnes@grsm.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B.

9

<Craig.Young@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

All,

We appreciate the productive call this morning. After conferring with WFAH, we have some minor revisions to the consent as shown in redline in the attached. I'd note I incorporated the Receiver's edits from this morning into the attached redline.

WFAH is agreeable to executing the attached version, but we will leave it to Mr. Barnes to obtain Freddie Mac/DCHFA's approval as well.

Josh

**Joshua S. Weiner** | Attorney | **Kutak Rock LLP**
1650 Farnam Street, Omaha, NE 68102
**Office:** 402-346-6000 | **Direct:** 402-231-8848
Joshua.Weiner@KutakRock.com | www.kutakrock.com

---

**From:** Jones, Brad D. <brad.jones@stinson.com>
**Sent:** Monday, January 22, 2024 10:11 AM
**To:** Jonathan Barnes <jbarnes@grsm.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

**[ CAUTION - EXTERNAL SENDER ]**

All,

Per our call, attached is a redline of the Release Letter, adding a sentence regarding the Receiver's authority to use the turned over funds in accordance with the Consent Order or as permitted by the District Court.

Regards,
Brad

**Brad D. Jones**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.572.9903

**STINSON.COM**

**Admitted Only in Virginia; Supervised by Marc Albert, a member of the D.C. Bar.**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

10

**From:** Jonathan Barnes <jbarnes@grsm.com>
**Sent:** Sunday, January 21, 2024 9:57 PM
**To:** Jones, Brad D. <brad.jones@stinson.com>; Jeremy Ritter-Wiseman <jritterwiseman@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** RE: Meeting re Cash Collateral Account Consent

**External Email – Use Caution**

All, ahead of tomorrow morning's phone call we wanted to share a revised consent authorization letter that we believe is more palatable for all involved. We would look forward to speaking with everyone and answering any questions and/or concerns.

Jonathan

-----Original Appointment-----
**From:** Jonathan Barnes **On Behalf Of** Jones, Brad D.
**Sent:** Sunday, January 21, 2024 6:30 PM
**To:** Jeremy Ritter-Wiseman
**Subject:** FW: Meeting re Cash Collateral Account Consent
**When:** Monday, January 22, 2024 10:30 AM-11:15 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://stinsonllp.zoom.us/j/99828773935?pwd=ci9KUUxuNzJWNHg4U0NUOVJvNWhiQT09
**Importance:** Low


**From:** Jones, Brad D. <brad.jones@stinson.com>
**Sent:** Saturday, January 20, 2024 1:37:10 AM UTC
**To:** Jonathan Barnes <jbarnes@grsm.com>; Young, Craig B. <Craig.Young@KutakRock.com>; Weiner, Joshua S. <Joshua.Weiner@KutakRock.com>; Albert, Marc <marc.albert@stinson.com>
**Subject:** Meeting re Cash Collateral Account Consent
**When:** Monday, January 22, 2024 3:30 PM-4:15 PM.
**Where:** https://stinsonllp.zoom.us/j/99828773935?pwd=ci9KUUxuNzJWNHg4U0NUOVJvNWhiQT09

Bradley Jones is inviting you to a scheduled Zoom meeting. Join Zoom Meeting https://stinsonllp.zoom.us/j/99828773935?pwd=ci9KUUxuNzJWNHg4U0NUOVJvNWhiQT09 Dial-in Audio 877 853 5257 US Toll-free 888 475 4499 US Toll-free Meeting ID: 998 2877


Bradley Jones is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://stinsonllp.zoom.us/j/99828773935?pwd=ci9KUUxuNzJWNHg4U0NUOVJvNWhiQT09<https://urldefense.com/v3/__https://stinsonllp.zoom.us/j/99828773935?pwd=ci9KUUxuNzJWNHg4U0NUOVJvNWhiQT09__;!!Nz4wtPUZ-ZE!cRc6GVb0AolLWTsDckoj8a2a8C-vVEo4ulBZOlk1odSNZ3j3wl-q7oGjKLnxV9T75jknJj31EhKb5qgjVw$>

Dial-in Audio
    877 853 5257 US Toll-free
    888 475 4499 US Toll-free

Meeting ID: 998 2877 3935
Password: 914214

One tap mobile
+18778535257,,99828773935#
+18884754499,,99828773935#

For AV Support Only
    Join by SIP
99828773935@zoomcrc.com<mailto:99828773935@zoomcrc.com>

    Join by H.323
    162.255.37.11 (US West)
    162.255.36.11 (US East)
    221.122.88.195 (China)

--------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: The information contained in this e-mail is confidential, may be legally privileged, and is intended only for the use of the party named above. If the reader of this is not the intended recipient, you are advised that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 612.335.1500 and destroy this e-mail.
--------------------------------------------------------------------------------

**From:** Jones, Brad D.
**Sent:** Friday, 19 January 2024 19:41:27 UTC
**To:** Jones, Brad D.; Jonathan Barnes; Young, Craig B.; Weiner, Joshua S.; Albert, Marc
**Subject:** Meeting re Cash Collateral Account Consent
**When:** Monday, January 22, 2024 3:30 PM-4:15 PM.
**Where:**
https://stinsonllp.zoom.us/j/99828773935?pwd=ci9KUUxuNzJWNHg4U0NUOVJvNWhiQT09


Bradley Jones is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://stinsonllp.zoom.us/j/99828773935?pwd=ci9KUUxuNzJWNHg4U0NUOVJvNWhiQT09