IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL HOME LOAN ) <br> MORTGAGE CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MM PROPERTY LLC, *et al*. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:23-cv-01642 <br><br> Judge Carl John Nichols |

**ORDER GRANTING RECEIVER'S MOTION TO HOLD
MM GUARANTY LLC AND SCOTT FORRESTER IN CIVIL CONTEMPT, IMPOSE
SANCTIONS, AND GRANT LEAVE FOR INTERPLEADING OF FUNDS**

The Court has considered the Motion of Marc E. Albert, Receiver (the "Receiver") requesting the Court hold MM Guaranty LLC and Scott Forrester in contempt and imposing sanctions for their failure to comply with the Court's December 12, 2023 Order. That order compelled MM Guaranty LLC and Forrester to provide Wells Fargo Affordable Housing Community Development Corporation ("WFAH") with their consent to turn over cash collateral account funds to the Receiver. The Receiver also sought the entry of an order granting leave to WFAH to interplead funds with this Court. Upon consideration of the Receiver's motion, the entire record of this case, and good cause having been shown, it is hereby:

ORDER ADJUDGED AND DECREED that MM Guaranty LLC and Scott Forrester ARE IN CIVIL CONTEMPT; and it is

FURTHER ORDERED that MM Guaranty LLC and Scott Forrester shall each be fined $150.00 per day until they comply with the December 12, 2023 Order and executed a written consent, substantially in the form provided by WFAH as shown at [Dkt. No. 45-1] in this matter; and it is

1

FURTHER ORDERED that within 10 days of entry of this Order, the MM Guaranty LLC and Scott Forrester shall compensate the Receiver's for attorney's fees incurred in preparing and filing the Receiver's motion seeking civil contempt and any Court appearances necessary in support of that Motion. on multiple occasions; and it is

FURTHER ORDERED that the Court will retain jurisdiction over this matter with MM Guaranty LLC and Scott Forrester being advised that further sanctions may be imposed should they not promptly purge their contempt; and it is

FURTHER ORDERED that LEAVE IS GRANTED to Wells Fargo Affordable Housing Community Development Corporation to interplead the Cash Collateral Account funds at issue with this Court for distribution to the Receiver or to directly distribute the funds to the Receiver to facilitate compliance with the orders of this Court.

Dated: _____

CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

CORE/3528062.0002/187445375.1