**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | Housing Help Plus 1364 Kalmia Rd NW Washington, DC 20012-1455 | Rent Payment C. Bishop April 2023 Rent | 0000-00 | $880.00 | | $880.00 |
| 07/03/23 | | Darryl Stanfield 3809 Jay St., NE #5 Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $1,380.00 |
| 07/03/23 | | Darryl Stanfield 3809 Jay St., NE #5 Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $1,880.00 |
| 07/03/23 | | Darryl Stanfield 3809 Jay St., NE #5 Washington, DC 20019 | Rent Payment | 0000-00 | $330.00 | | $2,210.00 |
| 07/03/23 | | Charles Lewis 3763 Jay St., NE Apt 5 Washington, DC 20019 | Rent Payment - May 2023 | 0000-00 | $1,000.00 | | $3,210.00 |
| 07/03/23 | | Charles Lewis 3763 Jay St., NE Washington, DC 20019 | Rent payment - May 2023 | 0000-00 | $316.00 | | $3,526.00 |
| 07/03/23 | | Janice Simons 3757 Jay St., NE Apt. 5 Washington, DC 20019 | Rent Payment | 0000-00 | $912.00 | | $4,438.00 |
| 07/03/23 | | Janice Simons 3757 Jay St., NE Apt. 5 Washington, DC 20019 | Rent Payment | 0000-00 | $912.00 | | $5,350.00 |
| 07/03/23 | | Darryl Stanfield 3809 Jay St. NE #5 Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $5,850.00 |
| 07/03/23 | | Darryl Stanfield 3809 Jay St NE #5 Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $6,350.00 |

Page Subtotals: $6,350.00    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 23-01642 | Trustee Name: Marc E. Albert DC Receivership | |
| Case Name: MM Property LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0406 | |
| | Receiver Operating Account | |
| Taxpayer ID No: XX-XXX9060 | Blanket Bond (per case limit): | |
| For Period Ending: 02/28/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | Darryl Stanfield<br>3809 Jay St., NE<br>#5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $330.00 | | $6,680.00 |
| 07/03/23 | | Phyllis M Armstrong<br>3745 Jay St NE<br>Apt 1<br>Washington, DC 20019-1828 | Rent Payment | 0000-00 | $1,080.00 | | $7,760.00 |
| 07/03/23 | | Christopher Alston<br>3769 Jay St NE<br>#2<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $8,760.00 |
| 07/03/23 | | Christopher Alston<br>3769 Jay St NE<br>#2<br>Washington, DC 20019 | Rent Payment | 0000-00 | $266.00 | | $9,026.00 |
| 07/03/23 | | Esther Bishop<br>3753 Jay St NE<br>#6<br>Washington, DC 20019 | Rent Payment | 0000-00 | $527.00 | | $9,553.00 |
| 07/03/23 | | Mark Johnsen<br>3801 Jay St NE<br>#4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $142.00 | | $9,695.00 |
| 07/03/23 | | Cornell Broadus<br>3753 Jay St. NE<br>Apt 5<br>Washington, DC 20019-1832 | Rent Payment | 0000-00 | $1,316.00 | | $11,011.00 |
| 07/03/23 | | Russell Price<br>3503 Jay St NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $85.00 | | $11,096.00 |
| 07/03/23 | | Sheila Hagans<br>3753 Jay St<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $186.00 | | $11,282.00 |

Page Subtotals:                    $4,932.00          $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | Charlotte Buts 3807 Jay St NE Apt 3 Washington, DC 20019 | Rent Payment | 0000-00 | $181.00 | | $11,463.00 |
| 07/03/23 | | Lois J Walker 3761 Jay St NE Apt 3 Washington, DC 20019 | Rent Payment | 0000-00 | $1,592.00 | | $13,055.00 |
| 07/03/23 | | Nashell L Patterson 3743 Jay St NE Apt 3 Washington, DC 20019-1827 | Rent Payment | 0000-00 | $1,022.00 | | $14,077.00 |
| 07/03/23 | | Phyllis M Armstrong 3745 Jay St NE Apt 1 Washington, DC 20019-1828 | Rent Payment | 0000-00 | $1,080.00 | | $15,157.00 |
| 07/03/23 | | Mattie E Blasingame 3765 Jay St NE Apt 4 Washington, DC 20019 | Rent Payment | 0000-00 | $74.00 | | $15,231.00 |
| 07/03/23 | | Doris V S Bell 3751 Jay St NE Apt 4 Washington, DC 20019-1831 | Rent Payment | 0000-00 | $314.00 | | $15,545.00 |
| 07/03/23 | | Theresa Brown 3767 Jay St NE Apt 7 Washington, DC 20019-1839 | Rent Payment | 0000-00 | $46.00 | | $15,591.00 |
| 07/03/23 | | Sharon B Reynolds 3757 Jay St NE Apt 6 Washington, DC 20019-1834 | Rent Payment | 0000-00 | $982.00 | | $16,573.00 |
| 07/03/23 | | Ella Gardner 3773 Jay St NE Apt 5 Washington, DC 20019 | Rent Payment | 0000-00 | $166.00 | | $16,739.00 |

Page Subtotals:                    $5,457.00          $0.00

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  23-01642

Case Name:  MM Property LLC

Taxpayer ID No:  XX-XXX9060

For Period Ending:  02/28/2025

Trustee Name:  Marc E. Albert DC Receivership

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | Latia Davis<br>3813 Jay St NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $719.00 | | $17,458.00 |
| 07/03/23 | | Shirley & George McDaniel<br>3769 Jay St NE<br>#4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $77.00 | | $17,535.00 |
| 07/03/23 | | Shirley & George McDaniel<br>3769 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $18,535.00 |
| 07/03/23 | | Sharon B Reynolds<br>3757 Jay St. NE<br>Apt 6<br>Washington, DC 20019 | Rent Payment | 0000-00 | $982.00 | | $19,517.00 |
| 07/03/23 | | Mark Johnson<br>3801 Jay St., NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $142.00 | | $19,659.00 |
| 07/03/23 | | Doris V S Bell<br>3751 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $314.00 | | $19,973.00 |
| 07/03/23 | | Charlotte Butt<br>3807 Jay St NE<br>#3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $181.00 | | $20,154.00 |
| 07/03/23 | | Housing Help Plus<br>1364 Kalmia Rd NW<br>Washington, DC 20012 | Rent Payment (for Crystal Bishop) | 0000-00 | $880.00 | | $21,034.00 |
| 07/03/23 | | Crystal Bishop<br>3747 Jay St., NE<br>#8<br>Washington, DC 20019 | Rent Payment | 0000-00 | $119.00 | | $21,153.00 |
| 07/03/23 | | Geraldine Tyler<br>3761 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $7,020.00 | | $28,173.00 |

Page Subtotals:                    $11,434.00         $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 23-01642 | Trustee Name: Marc E. Albert DC Receivership |
| Case Name: MM Property LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0406 |
| | Receiver Operating Account |
| Taxpayer ID No: XX-XXX9060 | Blanket Bond (per case limit): |
| For Period Ending: 02/28/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | Delores Morton<br>3743 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $28,673.00 |
| 07/03/23 | | Delores Morton<br>3743 Jay St NE<br>Apt 4<br>washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $29,173.00 |
| 07/03/23 | | Delores Morton<br>3743 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $279.00 | | $29,452.00 |
| 07/03/23 | | Karimah Smith<br>3749 Jay St., NE<br>Apt 6<br>Washington, DC 20019 | Rent Payment | 0000-00 | $230.00 | | $29,682.00 |
| 07/03/23 | | Janice Simons<br>3757 Jay St., NE<br>#5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $912.00 | | $30,594.00 |
| 07/03/23 | | Nashell Patterson<br>3743 Jay St NE<br>#3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $31,594.00 |
| 07/03/23 | | Nashell Pattersen<br>3743 Jay St NE<br>#3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $22.00 | | $31,616.00 |
| 07/03/23 | | Vernetta P. Holland<br>3747 Jay St NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $988.00 | | $32,604.00 |
| 07/03/23 | | Charlotte Buts<br>3807 Jay St NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $181.00 | | $32,785.00 |

Page Subtotals:                                        $4,612.00              $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  23-01642

Case Name:  MM Property LLC

Taxpayer ID No:  XX-XXX9060

For Period Ending:  02/28/2025

Trustee Name:  Marc E. Albert DC Receivership

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | LaTeaya Snead<br>3811 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $33,285.00 |
| 07/03/23 | | Crystal Bishop<br>3747 Jay St NE<br>#8<br>Washington, DC 20019 | Rent Payment | 0000-00 | $119.00 | | $33,404.00 |
| 07/03/23 | | Jennifer Smith<br>3813 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $59.00 | | $33,463.00 |
| 07/03/23 | | LaTeaya Snead<br>3811 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $78.00 | | $33,541.00 |
| 07/03/23 | | Charles Lewis<br>3763 Jay St., NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $316.00 | | $33,857.00 |
| 07/03/23 | | Charles Lewis<br>3763 Jay St. NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $34,857.00 |
| 07/03/23 | | Theresa Brown<br>3767 Jay St NE<br>Apt 7<br>Washington, DC 20019 | Rent Payment | 0000-00 | $46.00 | | $34,903.00 |
| 07/03/23 | | Timothy C Parks<br>3771 Jay St NE<br>Apt 1<br>Washington, DC 20019 | Rent payment (May & June 2023) | 0000-00 | $2,638.00 | | $37,541.00 |
| 07/03/23 | | Mattie E. Blasingame<br>3765 Jay St., NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $74.00 | | $37,615.00 |

Page Subtotals:                                     $4,830.00          $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | Mintzella Rozario<br>3751 Jay St NE<br>#5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $38,615.00 |
| 07/03/23 | | Mintzella Rozario<br>3751 Jay St NE<br>#5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $200.00 | | $38,815.00 |
| 07/03/23 | | Linda M Hughs<br>Jilma M Lasso, Conservator<br>4626 Wisconsin Ave NW<br>Suite 101<br>Washington, DC 20016 | Rent Payment (3807 Jay St., NE - Apt 1) | 0000-00 | $300.00 | | $39,115.00 |
| 07/03/23 | | Linda M Hughs<br>Jiloma M Lasso, Conservator<br>4626 Wisconsin Ave NW<br>Suite 101<br>Washington, DC 20016 | Rent Payment (3807 Jay St NE Apt 1) | 0000-00 | $209.00 | | $39,324.00 |
| 07/03/23 | | The Community Partnership For The Prevention of Homelessness<br>801 Pennsylvania Ave SE<br>Suite 360<br>Washington, DC 20003 | Rent Payment (Denise Forgy; ERAP payment) | 0000-00 | $2,597.87 | | $41,921.87 |
| 07/03/23 | | MM Property LLC<br>440 Maple Ave., E Ste 203<br>Vienna, VA 22180 | Transfer of Funds<br>Operating Funds Balance<br>Transfer From Former Property Management Company | 0000-00 | $107,098.43 | | $149,020.30 |
| 07/05/23 | | Cintas Corporation<br>6800 Cintas Blvd<br>Cinncinatti, OH 45262 | Invoice #D52140317<br>Re: invoice # D52140317<br>o/p w/ck 1077 | 0000-00 | $2,125.98 | | $151,146.28 |
| 07/05/23 | | HandyTrac Systems LLC<br>510 Staghorn Court<br>Alpharetta, GA 30004 | Refund from overpayment on account (security system) | 0000-00 | $2,281.95 | | $153,428.23 |
| 07/05/23 | | Latia Davis<br>3813 Jay St., NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $719.00 | | $154,147.23 |

Page Subtotals:     $116,532.23          $0.00

Case 1:23-cv-01642-CJN    Document 90-2    Filed 02/28/25    Page 8 of 28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/23 | | Shirley McDaniel 3769 Jay St., NE Apt 4 Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $155,147.23 |
| 07/05/23 | | Shirley McDaniel 3769 Jay St NE Apt 4 Washington, DC 20019 | Rent Payment | 0000-00 | $77.00 | | $155,224.23 |
| 07/05/23 | | Deandre Brown 3813 Jay St NE Apt 6 Washington, DC 20019 | Rent Payment | 0000-00 | $190.00 | | $155,414.23 |
| 07/05/23 | | Denise D Webb 3759 Jay St NE Apt 2 Washington, DC 20019 | Rent Payment | 0000-00 | $147.00 | | $155,561.23 |
| 07/05/23 | | Danyelle Hicks 3765 Jay St NE Apt 6 Washington, DC 20019 | Rent Payment | 0000-00 | $266.00 | | $155,827.23 |
| 07/05/23 | | Danyelle Hicks 3765 Jay St NE Apt 6 Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $156,827.23 |
| 07/05/23 | | Terron A Adgerson 3803 Jay St NE Apt 5 Washington, DC 20019 | Rent Payment | 0000-00 | $675.00 | | $157,502.23 |
| 07/05/23 | | Terron A Adgerson 3803 Jay St NE Apt 5 Washington, DC 20019 | Rent Payment | 0000-00 | $605.00 | | $158,107.23 |
| 07/05/23 | | Terron A Adgerson 3803 Jay St NE Apt 5 Washington, DC 20019 | Rent Payment | 0000-00 | $200.00 | | $158,307.23 |

Page Subtotals:                    $4,160.00          $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/23 | | Domonique Inniss 3753 Jay St NE Apt 1 Washington, DC 20019 | Rent Payment | 0000-00 | $1,316.00 | | $159,623.23 |
| 07/05/23 | | Russell Price 3863 Jay St NE Apt 3 Washington, DC 20019 | Rent Payment | 0000-00 | $85.00 | | $159,708.23 |
| 07/05/23 | | Lois J Walker 3761 Jay St NE Apt 5 Washington, DC 20019 | Rent Payment | 0000-00 | $1,592.00 | | $161,300.23 |
| 07/05/23 | | Ella Gardner 3773 Jay St NE Apt 5 Washington, DC 20019 | Rent Payment | 0000-00 | $166.00 | | $161,466.23 |
| 07/05/23 | | Cornell Broadus 3753 Jay St NE Apt 5 Washington, DC 20019 | Rent Payment | 0000-00 | $1,316.00 | | $162,782.23 |
| 07/05/23 | | Sheila Hagans 3753 Jay St NE Apt 3 Washington, DC 20019 | Rent Payment | 0000-00 | $183.00 | | $162,965.23 |
| 07/05/23 | | LaTia Davis 3813 Jay St NE Apt 3 Washington, DC 20019 | Rent Payment | 0000-00 | $719.00 | | $163,684.23 |
| 07/05/23 | | Phyllis M Armstrong 3745 Jay St NE Apt 1 washington, DC 20019 | Rent Payment | 0000-00 | $1,080.00 | | $164,764.23 |
| 07/05/23 | | Vernetta P. Holland 3747 Jay St NE Apt 3 Washington, DC 20019 | Rent Payment | 0000-00 | $988.00 | | $165,752.23 |

Page Subtotals:                    $7,445.00            $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/23 | | Jennifer Smith<br>3813 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $59.00 | | $165,811.23 |
| 07/05/23 | | Shirley McDaniel<br>3769 Jay St., NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $77.00 | | $165,888.23 |
| 07/05/23 | | Shirley McDaniel<br>3769 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $166,888.23 |
| 07/05/23 | | Charles Washington<br>3809 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $682.00 | | $167,570.23 |
| 07/05/23 | | LaTeaya Snead<br>3811 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $168,070.23 |
| 07/05/23 | | LaTeaya Snead<br>3811 Jay St. NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $87.00 | | $168,157.23 |
| 07/05/23 | | Esther Bishop<br>3753 Jay St NE<br>Apt 6<br>Washington, DC 20019 | Rent Payment | 0000-00 | $527.00 | | $168,684.23 |
| 07/05/23 | | Karimah Smith<br>3749 Jay St NE<br>Apt 6<br>Washington, DC 20019 | Rent Payment | 0000-00 | $220.00 | | $168,904.23 |
| 07/05/23 | | Taunya Jefferson<br>3767 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $169,904.23 |

Page Subtotals: $4,152.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/23 | | Taunya Jefferson<br>3767 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $50.00 | | $169,954.23 |
| 07/05/23 | | Cornell Broadus<br>3753 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,316.00 | | $171,270.23 |
| 07/05/23 | | LaTeaya Snead<br>3811 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $171,770.23 |
| 07/05/23 | | Delores Morton<br>3743 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $279.00 | | $172,049.23 |
| 07/05/23 | | Delores Morton<br>3743 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $172,549.23 |
| 07/05/23 | | Delores Morton<br>3743 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $173,049.23 |
| 07/05/23 | | Esther Bishop<br>3753 Jay St NE<br>Apt 6<br>Washington, DC 20019 | Rent Payment | 0000-00 | $527.00 | | $173,576.23 |
| 07/05/23 | | Jennifer Smith<br>3813 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $59.00 | | $173,635.23 |
| 07/05/23 | | Crystal Bishop<br>3747 Jay St. NE<br>Apt 8<br>Washington, DC 20019 | Rent Payment | 0000-00 | $119.00 | | $173,754.23 |

Page Subtotals: $3,850.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/23 | | Theresa Brown<br>3767 Jay St NE<br>Apt 7<br>Washington, DC 20019 | Rent Payment | 0000-00 | $46.00 | | $173,800.23 |
| 07/05/23 | | Nashell L Patterson<br>3743 Jay St NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,042.00 | | $174,842.23 |
| 07/05/23 | | Sharon B Reynolds<br>3757 Jay St NE<br>Apt 6<br>Washington, DC 20019 | Rent Payment | 0000-00 | $982.00 | | $175,824.23 |
| 07/05/23 | | Mattie E. Blasingame<br>3765 jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $74.00 | | $175,898.23 |
| 07/05/23 | | Vernetta P. Holland<br>3747 Jay St., NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $988.00 | | $176,886.23 |
| 07/05/23 | | Doris V S Bell<br>3751 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $314.00 | | $177,200.23 |
| 07/05/23 | | Lois J Walker<br>3761 Jay St NE<br>Apt 3<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,592.00 | | $178,792.23 |
| 07/05/23 | | Darryl Stanfield<br>3809 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $329.00 | | $179,121.23 |
| 07/05/23 | | Darryl Stanfield<br>3809 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $179,621.23 |

Page Subtotals:                    $5,867.00              $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/23 | | Darryl Stanfield<br>3809 Jay St NE<br>3%<br>Washington, DC 20019 | Rent Payment | 0000-00 | $500.00 | | $180,121.23 |
| 07/05/23 | | Charles Lewis<br>3763 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $1,000.00 | | $181,121.23 |
| 07/05/23 | | Charles Lewis<br>3763 Jay St NE<br>Apt 5<br>washington, DC 20019 | Rent Payment | 0000-00 | $316.00 | | $181,437.23 |
| 07/05/23 | | Ella Gardner<br>3773 Jay St., NE<br>#5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $166.00 | | $181,603.23 |
| 07/05/23 | | LaTeaya Snead<br>3811 Jay St., NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $96.00 | | $181,699.23 |
| 07/05/23 | | Terron A Adgerson<br>3803 Jay St NE<br>Apt 5<br>Washington, DC 20019 | Rent Payment | 0000-00 | $300.00 | | $181,999.23 |
| 07/05/23 | | Housing Help Plus<br>1364 Kalimia Rd. NW<br>Washington, DC 20012 | Rent Payment - C. Bishop May 2023 Rent | 0000-00 | $880.00 | | $182,879.23 |
| 07/05/23 | | Charles Washington<br>3809 Jay St NE<br>Apt 4<br>Washington, DC 20019 | Rent Payment | 0000-00 | $682.00 | | $183,561.23 |
| 07/07/23 | 2001 | International Sureties, LTD<br>701 Poydras Street,<br>Suite 420<br>New Orleans, LA 70139 | Bond #016239388<br>Bond Term 06/30/23 to 06/30/24 | 0000-000 | | $140.00 | $183,421.23 |
| 07/11/23 | | MM Property LLC<br>440 Maple Ave., E Ste 203<br>Vienna, VA 22180 | Transfer of Funds Reversal Check #262 - 7/11/2023 Chargeback 10017 | 0000-00 | ($107,098.43) | | $76,322.80 |

Page Subtotals: ($103,158.43)    $140.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/12/23 | | Cintas Corporation 6800 Cintas Blvd Cincinatti, OH 45262 | Invoice #D52140317 Reversal Dep 263 - 7/12/23 Chargeback 7852216 | 0000-00 | ($2,125.98) | | $74,196.82 |
| 07/19/23 | | MM Property LLC Chapman Development 440 Maple Avenue East 2nd Floor Suite 203 Vienna, VA 22180 | | 0000-000 | $130,265.43 | | $204,462.25 |
| 07/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $56.02 | | $204,518.27 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-00 | | $203.17 | $204,315.10 |
| 08/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $347.34 | | $204,662.44 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-00 | | $327.34 | $204,335.10 |
| 09/19/23 | | CNA Worldwide Operations PO Box 94733 Chicago, IL  60690-4733 | Refund on Direct Bill Account Account No:  3042546223 | 0000-00 | $2,289.00 | | $206,624.10 |
| 09/19/23 | 2002 | Community Partnership for the Prevention of Homelessness Attn: Shantaye Newman Virginia Williams Center 920A Rhode Island Ave, NE Washington, DC 20018 | Refund regarding Emergency Rental Assistance Payment incorrectly issued to Mayfair 3 | 0000-000 | | $2,597.87 | $204,026.23 |
| 10/01/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $348.25 | | $204,374.48 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-00 | | $317.73 | $204,056.75 |
| 10/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $339.98 | | $204,396.73 |

Page Subtotals:    $131,520.04    $3,446.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 23-01642 | Trustee Name: Marc E. Albert DC Receivership | |
| Case Name: MM Property LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0406 | |
| | Receiver Operating Account | |
| Taxpayer ID No: XX-XXX9060 | Blanket Bond (per case limit): | |
| For Period Ending: 02/28/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/23 | 2002 | Community Partnership for the Prevention of Homelessness Attn: Shantaye Newman Virginia Williams Center 920A Rhode Island Ave, NE Washington, DC 20018 | Refund  Reversal Refund regarding Emergency Rental Assistance Payment incorrectly issued to Mayfair 3 | 0000-000 | | ($2,597.87) | $206,994.60 |
| 11/22/23 | 2003 | Community Partnership for the Prevention of Homelessness The Community Partnership Attention Finance 801 Pennsylvania Avenue SE, Suite 360 Washington, DC 20003 | Refund (Denise Forgy) Refund regarding Emergency Assistance Rental Payment incorrectly issued to Mayfair 3 | 0000-000 | | $2,597.87 | $204,396.73 |
| 11/30/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $340.53 | | $204,737.26 |
| 12/06/23 | | MM Property LLC 440 Maple Ave., E Ste 203 Vienna, VA 22180 | Remittance from Owner K Street | 0000-000 | $402.95 | | $205,140.21 |
| 12/13/23 | 2004 | Marc E. Albert, Receiver 1775 Pennyslvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements re Matter 0002 | 0000-000 | | $110,559.00 | $94,581.21 |
| 12/13/23 | 2005 | Stinson LLP 1775 Pennsylvania Ave, NW Suite 800 Washington, DC 20006 | Attorney Fess and Expenses Professional services and disbursements re Matter 0003 | 0000-000 | | $89,441.00 | $5,140.21 |
| 12/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $196.76 | | $5,336.97 |
| 01/04/24 | | MM Property LLC Chapman Development 440 Maple Avenue East 2nd Floor Suite 203 Vienna, VA 22180 | Wire was received from Wells Fargo | 0000-000 | $216,895.98 | | $222,232.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Page Subtotals: | | | $217,836.22 | $200,000.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/24 | 2006 | MM Property, LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | MM Property (Mayfair Mansions III) | 0000-000 | | $175,000.00 | $47,232.95 |
| 01/31/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $274.20 | | $47,507.15 |
| 02/21/24 | | MM Guaranty LLC 12231 Parklawn Dr | Wire received from Wells Fargo | 0000-000 | $305,267.33 | | $352,774.48 |
| 02/22/24 | | MM Guaranty LLC 12231 Parklawn Dr | Wire received from Wells Fargo | 0000-000 | $601,050.07 | | $953,824.55 |
| 02/29/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $488.31 | | $954,312.86 |
| 03/04/24 | 2007 | MM Property, LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | MM Property (Mayfair Mansions III) | 0000-000 | | $350,000.00 | $604,312.86 |
| 03/09/24 | 2008 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Remaining balances owed for fees and expenses through January 31, 2024 for Professional services and disbursements re Matter 0002 | 0000-000 | | $91,922.34 | $512,390.52 |
| 03/09/24 | 2009 | Stinson LLP 1775 Pennsylvania Ave, NW Suite 800 Washington, DC 20006 | Attorney Fess and Expenses Remaining balances owed for fees and expenses through January 31, 2024 for Professional services and disbursements re Matter 0003 | 0000-000 | | $85,134.09 | $427,256.43 |
| 03/31/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $926.93 | | $428,183.36 |

Page Subtotals:  $908,006.84  $702,056.43

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/24 | 2010 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses March 25, 2024 Invoice #43554308 re Professional services and disbursements rendered through February 29, 2024 and February 23, 2024 Invoice #43548637 Remaining balance owed re Professional services and disbursements rendered through January 31, 2024 Professional services and disbursements re Matter 0002 | 0000-000 | | $29,138.23 | $399,045.13 |
| 04/16/24 | 2011 | Stinson LLP 1775 Pennsylvania Ave, NW Suite 800 Washington, DC 20006 | Attorney Fess and Expenses March 25, 2024 Invoice #43554309 re Professional services and disbursements rendered through February 29, 2024 for Professional services and disbursements re Matter 0003 | 0000-000 | | $47,464.00 | $351,581.13 |
| 04/30/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $648.06 | | $352,229.19 |
| 05/01/24 | 2013 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney Fees and Expenses Reversal Incorrect Payee | 0000-000 | | ($42,873.50) | $395,102.69 |
| 05/01/24 | 2012 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through March 31, 2024 re Receiver Matter 0002 | 0000-000 | | $11,088.00 | $384,014.69 |
| 05/01/24 | 2013 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through March 31, 2024 re Stinson Matter 0003 | 0000-000 | | $42,873.50 | $341,141.19 |

Page Subtotals: $648.06    $87,690.23

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0406

Receiver Operating Account

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/24 | 2014 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney Fess and Expenses<br>Professional services and<br>disbursements rendered<br>through March 31, 2024 re<br>Stinson Matter 0003 | 0000-000 | | $42,873.50 | $298,267.69 |
| 05/16/24 | 2015 | MM Property, LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | MM Property (Mayfair<br>Mansions III)<br>Receiver disbursement to<br>property management | 0000-000 | | $100,000.00 | $198,267.69 |
| 05/22/24 | | Transfer to Acct # xxxxxx0505 | Transfer of Funds | 9999-00 | | $198,267.69 | $0.00 |
| 06/02/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $376.72 | | $376.72 |
| 06/18/24 | INT | Axos Bank | Closing Interest | 1270-00 | $0.31 | | $377.03 |
| 06/18/24 | | Transfer to Acct # xxxxxx0505 | Transfer of Funds | 9999-00 | | $377.03 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,343.41 | $199,492.96 |
| Less: Bank Transfers/CD's | $0.00 | $198,644.72 |
| Subtotal | $4,343.41 | $848.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,343.41 | $848.24 |

Page Subtotals:   $377.03   $341,518.22

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0414

Receiver Reserve Account

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                    $0.00        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0422

Security Deposit Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | MM Property LLC<br>440 Maple Ave E Ste. 203<br>Vienna, VA 22180 | Transfer of Funds<br>Security Deposit balance<br>transfer from former property<br>management company | 0000-00 | $92,170.04 | | $92,170.04 |
| 07/10/23 | | MM Property LLC<br>440 Maple Ave E Ste. 203<br>Vienna, VA 22180 | Transfer of Funds Reversal<br>Dep 201 - 7/10/2023<br>Chargeback 10000 | 0000-00 | ($92,170.04) | | $0.00 |
| 07/19/23 | | MM Property LLC<br>Chapman Development<br>440 Maple Avenue East<br>2nd Floor Suite 203<br>Vienna, VA 22180 | | 0000-000 | $92,121.58 | | $92,121.58 |
| 07/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $25.24 | | $92,146.82 |
| 08/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $156.65 | | $92,303.47 |
| 10/01/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $156.92 | | $92,460.39 |
| 10/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $152.11 | | $92,612.50 |
| 11/30/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $152.36 | | $92,764.86 |
| 12/31/23 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $157.70 | | $92,922.56 |
| 01/31/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $157.54 | | $93,080.10 |
| 02/29/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $147.62 | | $93,227.72 |
| 03/31/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $158.05 | | $93,385.77 |
| 04/30/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $153.22 | | $93,538.99 |
| 06/02/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $168.82 | | $93,707.81 |
| 06/30/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $143.48 | | $93,851.29 |

Page Subtotals: $93,851.29 $0.00

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0422

Security Deposit Account

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $159.12 | | $94,010.41 |
| 09/02/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $169.67 | | $94,180.08 |
| 09/30/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $144.21 | | $94,324.29 |
| 10/31/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $159.92 | | $94,484.21 |
| 12/01/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $160.18 | | $94,644.39 |
| 12/31/24 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $155.28 | | $94,799.67 |
| 02/02/25 | INT | Axos Bank | Interest Rate 0.020 | 1270-00 | $171.57 | | $94,971.24 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $2,849.66 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,849.66 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,849.66 | $0.00 |

Page Subtotals:    $1,119.95    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0505

Receiver Operating Account 2

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/24 | | Transfer from Acct # xxxxxx0406 | Transfer of Funds | 9999-00 | $198,267.69 | | $198,267.69 |
| 06/04/24 | 2001 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through April 30, 2024 re Receiver Matter 0002 | 0000-000 | | $12,760.00 | $185,507.69 |
| 06/04/24 | 2002 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through April 30, 2024 re Stinson Matter 0003 | 0000-000 | | $14,882.50 | $170,625.19 |
| 06/14/24 | 2003 | MM Property LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | MM Property (Mayfair Mansions III) Receiver disbursement to Property Management | 0000-000 | | $100,000.00 | $70,625.19 |
| 06/18/24 | | Transfer from Acct # xxxxxx0406 | Transfer of Funds | 9999-00 | $377.03 | | $71,002.22 |
| 07/01/24 | 2004 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through May 31, 2024 re Receiver Matter 0002 | 0000-000 | | $17,005.89 | $53,996.33 |
| 07/01/24 | 2005 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney Fess and Expenses Professional services and disbursements rendered through May 31, 2024 re Stinson Matter 0003 | 0000-000 | | $26,798.50 | $27,197.83 |
| 08/09/24 | | U.S. Bank 5715 Burlington Lane Olive Branch, MS 38654 | Transfer of Funds from Operating Reserve Account | 0000-000 | $456,610.97 | | $483,808.80 |
| 08/22/24 | 2006 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through June 30, 2024 re Receiver Matter 0002 Invoice #43574991 | 0000-000 | | $15,224.00 | $468,584.80 |
| | | | Page Subtotals: | | $655,255.69 | $186,670.89 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0505

Receiver Operating Account 2

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/24 | 2007 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney Fess and Expenses Professional services and disbursements rendered through June 30, 2024 re Stinson Matter 0003 Invoice #43574992 | 0000-000 | | $20,666.00 | $447,918.80 |
| 08/29/24 | 2008 | MM Property LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | MM Property (Mayfair Mansions III) Receiver disbursement to Property Management | 0000-000 | | $100,000.00 | $347,918.80 |
| 08/30/24 | 2009 | Marc E. Albert, Receiver 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through July 31, 2024 re Receiver Matter 0002 Invoice #43580444 | 0000-000 | | $14,874.53 | $333,044.27 |
| 08/30/24 | 2010 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney Fess and Expenses Professional services and disbursements rendered through July 31, 2024 re Stinson Matter 0003 Invoice #43580445 | 0000-000 | | $25,831.50 | $307,212.77 |
| 09/25/24 | 2011 | Stinson LLP 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through August 31, 2024 re Stinson Matter 0003 Invoice #43580445 | 0000-000 | | $27,449.50 | $279,763.27 |
| 09/25/24 | 2012 | Marc E. Albert, Receiver 1775 Pennsylvania Ave. NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through August 31, 2024 re Receiver Matter 0002 Invoice #43584849 | 0000-000 | | $13,640.00 | $266,123.27 |
| 10/02/24 | 2013 | MM Property LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | MM Property (Mayfair Mansions III) Receiver disbursement to Property Management | 0000-000 | | $50,000.00 | $216,123.27 |

Page Subtotals: $0.00 $252,461.53

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0505

Receiver Operating Account 2

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/15/24 | 2014 | DC Treasurer Office of Tax and Revenue PO Box 96165 Washington, DC 20090-6165 | 2022 D-30 SUB Unincorporated Business Franchise Tax TIN: 27-2779060 Tax Period Ending: 12/31/2022 Tax Return: D-30 MM Property LLC 1775 Pennsylvania Ave, NW, Ste 800 Washington, DC 20006 | 0000-000 | | $1,000.00 | $215,123.27 |
| 10/15/24 | 2015 | DC Treasurer DC Office of Tax and Revenue Corporation Estimated Franchise Tax PO Box 96020 Washington, DC 20090-6020 | 2024 D-30ES SUB Unincorporated Business Declaration of Estimated Franchise Tax FEIN: 27-2779060 Tax Period Ending: 12/31/2024 Tax Return: D-30ES MM Property LLC 1775 Pennsylvania Ave, NW, Ste 800 Washington, DC 20006 | 0000-000 | | $1,000.00 | $214,123.27 |
| 10/24/24 | 2016 | Marc E. Albert, Receiver 1775 Pennsylvania Ave. NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through September 30, 2024 re Receiver Matter 0002 Invoice #43592141 | 0000-000 | | $20,141.48 | $193,981.79 |
| 10/24/24 | 2017 | Stinson LLP 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through September 30, 2024 re Stinson Matter 0003 Invoice #43592142 | 0000-000 | | $24,396.97 | $169,584.82 |
| 11/04/24 | | Government of the District of Columbia Office of the Chief Financial Officer 1101 4th St, SW Suite W446 Washington, DC 20024 | Tax Payment Refund Tax Year 2022 | 0000-00 | $1,000.00 | | $170,584.82 |
| | | | Page Subtotals: | | $1,000.00 | $46,538.45 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0505

Receiver Operating Account 2

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/24 | 2018 | Capitol Process Services, Inc. 7500 Greenway Center Drive Suite 420 Greenbelt, MD 20770 | Invoice #2010050 re November Billing Statement covering billed invoices through 09/30/2024 | 0000-000 | | $188.25 | $170,396.57 |
| 11/19/24 | | FHLMC WASH | Wire Transfer Credit 20241119MMQFMPFA000321 20241119MMQFMP9N000266 11191343FT03 | 0000-000 | $300,000.00 | | $470,396.57 |
| 11/21/24 | 2019 | Marc E. Albert, Receiver 1775 Pennsylvania Ave. NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through October 31, 2024 re Receiver Matter 0002 Invoice #43597307 | 0000-000 | | $22,264.00 | $448,132.57 |
| 11/21/24 | 2020 | Stinson LLP 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through October 31, 2024 re Stinson Matter 0003 Invoice #43597308 | 0000-000 | | $22,552.50 | $425,580.07 |
| 12/21/24 | 2021 | Marc E. Albert, Receiver 1775 Pennsylvania Ave. NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through November 30, 2024 re Receiver Matter 0002 Invoice #43603639 | 0000-000 | | $8,456.89 | $417,123.18 |
| 12/21/24 | 2022 | Stinson LLP 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through November 30, 2024 re Stinson Matter 0003 Invoice #43603640 | 0000-000 | | $10,711.00 | $406,412.18 |
| 01/13/25 | 2023 | Noble Realty Advisors LLC 11000 Broken Land Parkway Suite 410 Columbia, MD 21044 | Funding to Property Management for Invoices | 0000-000 | | $133,000.00 | $273,412.18 |

Page Subtotals: $300,000.00    $197,172.64

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-01642

Case Name: MM Property LLC

Taxpayer ID No: XX-XXX9060

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Receivership

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0505

Receiver Operating Account 2

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/13/25 | 2024 | United States Treasury Internal Revenue Service P.O. Box 742562 Cincinnati, OH 45280-2562 | Notice CP504B EIN: 27-2779060 Tax Period: December 31, 2022 Form No.: 1065 | 0000-000 | | $5,345.02 | $268,067.16 |
| 01/13/25 | 2025 | United States Treasury Internal Revenue Service P.O. Box 742562 Cincinnati, OH 45280-2562 | Notice CP504B EIN: 27-2779060 Tax Period: December 31, 2023 Form No.: 1065 | 0000-000 | | $475.79 | $267,591.37 |
| 01/28/25 | 2026 | Marc E. Albert, Receiver 1775 Pennsylvania Ave. NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through December 31, 2024 re Receiver Matter 0002 Invoice #43608931 | 0000-000 | | $8,416.50 | $259,174.87 |
| 01/28/25 | 2027 | Stinson LLP 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through December 31, 2024 re Stinson Matter 0003 Invoice #43608930 | 0000-000 | | $7,339.50 | $251,835.37 |
| 02/24/25 | 2028 | Marc E. Albert, Receiver 1775 Pennsylvania Ave. NW Suite 800 Washington, DC 20006 | Receiver Fees and Expenses Professional services and disbursements rendered through January 31, 2025 re Receiver Matter 0002 Invoice #43615030 | 0000-000 | | $13,135.50 | $238,699.87 |
| 02/24/25 | 2029 | Stinson LLP 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Attorney Fees and Expenses Professional services and disbursements rendered through January 31, 2025 re Stinson Matter 0003 Invoice #43615031 | 0000-000 | | $10,751.50 | $227,948.37 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $198,644.72 | $0.00 |
| Less: Bank Transfers/CD's | $198,644.72 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $45,463.81 |

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0406 - Receiver Operating Account | $4,343.41 | $848.24 | $0.00 |
| XXXXXX0414 - Receiver Reserve Account | $0.00 | $0.00 | $0.00 |
| XXXXXX0422 - Security Deposit Account | $2,849.66 | $0.00 | $94,971.24 |
| XXXXXX0505 - Receiver Operating Account 2 | $0.00 | $0.00 | $227,948.37 |
| | $7,193.07 | $848.24 | $322,919.61 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,193.07 |
| Total Gross Receipts: | $7,193.07 |

Trustee Signature:  /s/ Marc E. Albert DC Receivership   Date: 02/28/2025

Marc E. Albert DC Receivership
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

Page Subtotals:                                    $0.00          $0.00