| 12:18 PM | **Annapolis Painting Services** |
|---|---|
| 07/08/25 | **Profit & Loss** |
| Accrual Basis | January through December 2020 |

|  | Jan - Dec 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **4000 · Services** | |
|       4010 · Carpentry | 759,700.44 |
|       4015 · Masonry | 325,580.60 |
|       4020 · Painting | 6,092,734.93 |
|       4030 · Siding | 1,800.00 |
|       4040 · Roofing | 38,085.00 |
|       4060 · Gutters & Windows | 16,180.00 |
|       4095 · Flooring | 62,615.00 |
|       4000 · Services - Other | 204,831.13 |
|     **Total 4000 · Services** | **7,501,527.10** |
|   **Total Income** | **7,501,527.10** |
|   **Cost of Goods Sold** | |
|     **50000 · Cost of Goods Sold** | |
|       **51000 · Barter** | |
|         50100 · What's Up Barter Discount | 5,479.30 |
|         51000 · Barter - Other | 95,125.38 |
|       **Total 51000 · Barter** | **100,604.68** |
|       50000 · Cost of Goods Sold - Other | 130,178.34 |
|     **Total 50000 · Cost of Goods Sold** | **230,783.02** |
|     **6000 · Labor** | |
|       **6010 · Payroll & Payroll Taxes** | |
|         6015 · Payroll | 1,538,722.80 |
|       **Total 6010 · Payroll & Payroll Taxes** | **1,538,722.80** |
|       6200 · Subcontractors | 1,920,537.92 |
|       6000 · Labor - Other | 0.00 |
|     **Total 6000 · Labor** | **3,459,260.72** |
|     **6100 · Materials & Supplies** | |
|       6110 · Paint & Paint Supplies | 783,519.75 |
|       6150 · Material Reimbursement | 1,033.27 |
|       6160 · Other Supplies and Charges | 0.00 |
|       6170 · Equipment Rental | 211,806.88 |
|       6180 · Siding & Siding Supplies | 236.08 |
|       6190 · Carpentry Supplies | 571,378.34 |
|       6100 · Materials & Supplies - Other | 3,468.74 |
|     **Total 6100 · Materials & Supplies** | **1,571,443.06** |
|     6300 · James Russell Hood Loan/Wages | -49,375.20 |
|   **Total COGS** | **5,212,111.60** |
| **Gross Profit** | **2,289,415.50** |
|   **Expense** | |
|     **6500 · Salaries & Wages** | |
|       **7600 · Office Admin & Ops Payroll** | |
|         7610 · Office Admin & Ops Payroll | 653,074.88 |
|       **Total 7600 · Office Admin & Ops Payroll** | **653,074.88** |
|       5226 · Medical Exam | 2,606.86 |
|       6500 · Salaries & Wages - Other | 126,846.46 |
|     **Total 6500 · Salaries & Wages** | **782,528.20** |
|     6600 · Payroll Taxes and Fees | 500,169.51 |

12:18 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
# Profit & Loss
## January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **7000 · Overhead** | |
|   **7010 · Advertising** | |
|     7011 · Internet | 2,363.00 |
|     7014 · Radio | 500.00 |
|     7010 · Advertising - Other | 28,807.85 |
|   **Total 7010 · Advertising** | 31,670.85 |
|   **7100 · Insurance** | |
|     5225 · Group Health Insurance | 27,807.62 |
|     7110 · Officer's Health Insurance | 6,123.78 |
|     **7140 · Worker's Comp** | |
|       7145 · Workman's Compensation | 47,072.12 |
|     **Total 7140 · Worker's Comp** | 47,072.12 |
|     7160 · Vehicle Insurance | 38,284.00 |
|     7170 · Liability Insurance | 16,636.10 |
|     7100 · Insurance - Other | 8,381.04 |
|   **Total 7100 · Insurance** | 144,304.66 |
|   **7200 · Entertainment & Travel** | |
|     7210 · Entertainment/Meals | 127.06 |
|     7215 · Travel | 0.00 |
|   **Total 7200 · Entertainment & Travel** | 127.06 |
|   **7300 · Interest Expenses** | |
|     7310 · Credit Card Charges | 42,830.43 |
|     7320 · Late Fees and Charges | 1,040.74 |
|     8150 · Interest Expense | 13,237.52 |
|     8155 · Finance Charge | 252.78 |
|     7300 · Interest Expenses - Other | 2,953.56 |
|   **Total 7300 · Interest Expenses** | 60,315.03 |
|   7500 · Bad Debt Expense | 861.53 |
|   7710 · Simple IRA Company Match | 10,997.51 |
|   **7800 · Recruiting Education & Training** | |
|     7810 · Lead Abatement Related | 1,300.00 |
|     7800 · Recruiting Education & Training - Other | 3,250.00 |
|   **Total 7800 · Recruiting Education & Training** | 4,550.00 |
|   **7850 · Repairs & Maintenance** | |
|     7860 · Computer | 3,892.67 |
|     8450 · Equipment | 350.00 |
|   **Total 7850 · Repairs & Maintenance** | 4,242.67 |
|   7900 · Uniforms | 11,605.88 |
|   **8110 · Vehicle Expenses** | |
|     8111 · Fuel | 57,942.65 |
|     8112 · Repair/Maintenance | 22,431.68 |
|     8113 · GPS Tracking System | 5,241.72 |
|     8114 · Parking and Tolls | 2,930.50 |
|     8116 · Registration and License Plates | 2,313.31 |
|     8117 · Tickets & Citations | 2,056.45 |
|     8110 · Vehicle Expenses - Other | 2,014.06 |
|   **Total 8110 · Vehicle Expenses** | 94,930.37 |
|   **8115 · Bank Service Charges** | |
|     8121 · Returned Check | -10.00 |
|     8115 · Bank Service Charges - Other | 656.39 |
|   **Total 8115 · Bank Service Charges** | 646.39 |
|   8120 · Charitable Contributions | 601.25 |
|   8200 · Licenses and Permits | 1,690.00 |

12:18 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **8205 · Office Expense** |  |
|   8130 · Dues and Subscriptions | 6,667.94 |
|   8210 · Cleaning | 11,000.00 |
|   8215 · Supplies | 4,872.38 |
|   8225 · Training & Safety Materials | 5,474.00 |
|   8240 · Fees and Charges for Processing |  |
|     8245 · Overdraft Fees | 140.00 |
|   Total 8240 · Fees and Charges for Processing | 140.00 |
|   8250 · Memberships | 22.77 |
|   8260 · Office Expense | 12,718.96 |
|   8270 · Postage | 587.16 |
|   8280 · Printing | 631.56 |
|   8290 · Software Licenses | 1,595.01 |
|   8205 · Office Expense - Other | 13,757.13 |
| **Total 8205 · Office Expense** | 57,466.91 |
| **8300 · Professional Fees** |  |
|   8305 · Accounting Fees | 5,575.38 |
|   8315 · Legal Fees | 4,975.00 |
|   8320 · Consulting Fees | 810.94 |
| **Total 8300 · Professional Fees** | 11,361.32 |
| **8500 · Rent** | 66,000.00 |
| **8603 · Personal Property** | 3,265.54 |
| **8700 · Communications** |  |
|   8705 · Cell Phones | 11,772.72 |
|   8710 · Telephone | 12,209.29 |
|   8720 · Wireless Cards & Internet | 25.00 |
| **Total 8700 · Communications** | 24,007.01 |
| **8800 · Utilities** |  |
|   8810 · Heating Oil | 51.80 |
|   8820 · Trash Yard Cans | 14,391.01 |
|   8800 · Utilities - Other | 6,516.89 |
| **Total 8800 · Utilities** | 20,959.70 |
| **Total 7000 · Overhead** | 549,603.68 |
| 7016 · Commissions Payable | 181,631.19 |
| 8000 · Small Tools & Equipment | 6,822.59 |
| 8128 · Computer Equipment | 2,915.88 |
| 8133 · Enterprise Lease 22SNRW Volvo | 5,760.50 |
| 8340 · Computer/IT Service | 10,760.88 |
| 8900 · Miscellaneous | 10,758.24 |
| **Total Expense** | 2,050,950.67 |
| **Net Ordinary Income** | 238,464.83 |
| **Other Income/Expense** |  |
|   Other Income |  |
|     4100 · Interest Income | 38.97 |
|     4500 · Sherwin Williams Commission | 24,088.79 |
|   Total Other Income | 24,127.76 |
| **Net Other Income** | 24,127.76 |
| **Net Income** | 262,592.59 |

12:19 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Services** | |
| 4010 · Carpentry | 746,083.10 |
| 4015 · Masonry | 8,447.60 |
| 4020 · Painting | 5,632,110.09 |
| 4030 · Siding | 10,460.00 |
| 4040 · Roofing | 53,566.00 |
| 4060 · Gutters & Windows | 10,172.50 |
| 4095 · Flooring | 9,875.00 |
| 4000 · Services - Other | 274,044.61 |
| **Total 4000 · Services** | 6,744,758.90 |
| 4011 · Chimney | 4,667.00 |
| 4012 · Cabinets | 1,427.00 |
| 4013 · Framing | 49,600.00 |
| 4041 · Electrical | 30,600.00 |
| 4042 · HVAC | 9,568.00 |
| **Total Income** | 6,840,620.90 |
| **Cost of Goods Sold** | |
| **50000 · Cost of Goods Sold** | |
| 51000 · Barter | 83,936.01 |
| 50000 · Cost of Goods Sold - Other | 173,565.32 |
| **Total 50000 · Cost of Goods Sold** | 257,501.33 |
| **6000 · Labor** | |
| **6010 · Payroll & Payroll Taxes** | |
| 6015 · Payroll | 1,405,294.52 |
| 6010 · Payroll & Payroll Taxes - Other | 16,786.71 |
| **Total 6010 · Payroll & Payroll Taxes** | 1,422,081.23 |
| 6200 · Subcontractors | 1,983,996.11 |
| **Total 6000 · Labor** | 3,406,077.34 |
| **6100 · Materials & Supplies** | |
| 6110 · Paint & Paint Supplies | 828,654.00 |
| 6120 · Gutter Materials | 10,329.95 |
| 6140 · Landscaping Materials | 1,355.42 |
| 6150 · Material Reimbursement | -211.68 |
| 6160 · Other Supplies and Charges | 16,969.11 |
| 6170 · Equipment Rental | 71,076.25 |
| 6180 · Siding & Siding Supplies | 65.40 |
| 6190 · Carpentry Supplies | 664,929.58 |
| 6100 · Materials & Supplies - Other | -14.11 |
| **Total 6100 · Materials & Supplies** | 1,593,153.92 |
| 6300 · James Russell Hood Loan/Wages | -5,202.92 |
| **Total COGS** | 5,251,529.67 |
| **Gross Profit** | 1,589,091.23 |
| **Expense** | |
| **6500 · Salaries & Wages** | |
| **6520 · Office Payroll** | |
| 6527 · Payroll Taxes - Office | 465.43 |
| **Total 6520 · Office Payroll** | 465.43 |

Page 1

| | |
|---|---|
| 12:19 PM | **Annapolis Painting Services** |
| 07/08/25 | **Profit & Loss** |
| Accrual Basis | January through December 2021 |

|  | Jan - Dec 21 |
|---|---:|
| **7600 · Office Admin & Ops Payroll** | |
|    7610 · Office Admin & Ops Payroll | 841,244.28 |
| **Total 7600 · Office Admin & Ops Payroll** | 841,244.28 |
| 5226 · Medical Exam | 526.40 |
| 6500 · Salaries & Wages - Other | 99,999.90 |
| **Total 6500 · Salaries & Wages** | 942,236.01 |
| **6600 · Payroll Taxes and Fees** | 406,582.83 |
| **7000 · Overhead** | |
|    **7010 · Advertising** | |
|       7011 · Internet | 510.99 |
|       7015 · Marketing | 296.51 |
|       7010 · Advertising - Other | 35,854.38 |
|    **Total 7010 · Advertising** | 36,661.88 |
|    **7100 · Insurance** | |
|       5225 · Group Health Insurance | 27,193.15 |
|       7110 · Officer's Health Insurance | 1,660.24 |
|       **7140 · Worker's Comp** | |
|          7145 · Workman's Compensation | 57,232.36 |
|          7150 · Workers Comp Service Fee | 55.00 |
|          7140 · Worker's Comp - Other | 3,344.41 |
|       **Total 7140 · Worker's Comp** | 60,631.77 |
|       7160 · Vehicle Insurance | 30,383.50 |
|       7170 · Liability Insurance | 24,326.17 |
|       7100 · Insurance - Other | 16,688.46 |
|    **Total 7100 · Insurance** | 160,883.29 |
|    **7200 · Entertainment & Travel** | |
|       7215 · Travel | 0.00 |
|    **Total 7200 · Entertainment & Travel** | 0.00 |
|    **7300 · Interest Expenses** | |
|       7310 · Credit Card Charges | 48,193.03 |
|       7320 · Late Fees and Charges | 449.50 |
|       8150 · Interest Expense | 5,281.51 |
|       8155 · Finance Charge | 368.37 |
|       7300 · Interest Expenses - Other | 1,781.80 |
|    **Total 7300 · Interest Expenses** | 56,074.21 |
|    7700 · Penalties | 42,309.76 |
|    7710 · Simple IRA Company Match | 30,257.04 |
|    **7800 · Recruiting Education & Training** | |
|       7810 · Lead Abatement Related | 508.79 |
|    **Total 7800 · Recruiting Education & Training** | 508.79 |
|    **7850 · Repairs & Maintenance** | |
|       7860 · Computer | 7,208.53 |
|       8450 · Equipment | 924.79 |
|       7850 · Repairs & Maintenance - Other | 1,259.99 |
|    **Total 7850 · Repairs & Maintenance** | 9,393.31 |
|    7900 · Uniforms | 15,678.68 |

# Annapolis Painting Services
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **8110 · Vehicle Expenses** | |
|     8111 · Fuel | 89,045.85 |
|     8112 · Repair/Maintenance | 37,736.63 |
|     8113 · GPS Tracking System | 1,053.76 |
|     8114 · Parking and Tolls | 2,909.03 |
|     8116 · Registration and License Plates | 4,802.71 |
|     8117 · Tickets & Citations | 3,487.33 |
|     8110 · Vehicle Expenses - Other | 71,278.49 |
| **Total 8110 · Vehicle Expenses** | 210,313.80 |
| **8115 · Bank Service Charges** | |
|     8121 · Returned Check | 50.00 |
|     8115 · Bank Service Charges - Other | 781.46 |
| **Total 8115 · Bank Service Charges** | 831.46 |
| 8120 · Charitable Contributions | 1,912.50 |
| 8200 · Licenses and Permits | 5,598.00 |
| **8205 · Office Expense** | |
|     8130 · Dues and Subscriptions | 2,796.37 |
|     8210 · Cleaning | 15,505.08 |
|     8215 · Supplies | 7,560.07 |
|     8225 · Training & Safety Materials | 4,553.74 |
|     8240 · Fees and Charges for Processing | 43.44 |
|     8260 · Office Expense | 12,829.72 |
|     8270 · Postage | 693.70 |
|     8280 · Printing | 1,226.61 |
|     8205 · Office Expense - Other | 14,179.09 |
| **Total 8205 · Office Expense** | 59,387.82 |
| **8300 · Professional Fees** | |
|     8305 · Accounting Fees | 4,950.00 |
|     8315 · Legal Fees | 9,843.01 |
|     8330 · Payroll Fees | 493.70 |
| **Total 8300 · Professional Fees** | 15,286.71 |
| 8500 · Rent | 82,000.00 |
| 8603 · Personal Property | 9,901.18 |
| **8700 · Communications** | |
|     8705 · Cell Phones | 16,288.62 |
|     8710 · Telephone | 14,391.64 |
|     8720 · Wireless Cards & Internet | 228.96 |
| **Total 8700 · Communications** | 30,909.22 |
| **8800 · Utilities** | |
|     8805 · Gas and Electric | 2,366.64 |
|     8810 · Heating Oil | 1,368.23 |
|     8820 · Trash Yard Cans | 20,114.11 |
|     8830 · Water and Waste | 236.50 |
|     8800 · Utilities - Other | 2,659.51 |
| **Total 8800 · Utilities** | 26,744.99 |
| **Total 7000 · Overhead** | 794,652.64 |

12:19 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| 7016 · Commissions Payable | -181,631.19 |
| 8000 · Small Tools & Equipment | 15,407.13 |
| 8128 · Computer Equipment | 3,074.32 |
| 8133 · Enterprise Lease 22SNRW Volvo | 3,895.04 |
| 8211 · IRA Expense Account | 490.40 |
| 8340 · Computer/IT Service | 18,376.99 |
| 8900 · Miscellaneous | 18,532.86 |
| **Total Expense** | **2,021,617.03** |
| **Net Ordinary Income** | **-432,525.80** |
| Other Income/Expense |  |
| Other Income |  |
| 4090 · Other Income | 873,260.00 |
| 4100 · Interest Income | 154.44 |
| 4500 · Sherwin Williams Commission | 21,142.44 |
| **Total Other Income** | **894,556.88** |
| **Net Other Income** | **894,556.88** |
| **Net Income** | **462,031.08** |

12:19 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
# Profit & Loss
## January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **4000 · Services** | |
|       4010 · Carpentry | 1,090,128.88 |
|       4015 · Masonry | 143,969.80 |
|       4020 · Painting | 5,839,916.00 |
|       4030 · Siding | 156,199.00 |
|       4040 · Roofing | 86,818.00 |
|       4060 · Gutters & Windows | 67,632.00 |
|       4095 · Flooring | 35,108.20 |
|       4000 · Services - Other | 414,686.97 |
|     **Total 4000 · Services** | 7,834,458.85 |
|     4011 · Chimney | 27,213.48 |
|     4012 · Cabinets | 76,773.00 |
|     4013 · Framing | 32,738.71 |
|     4041 · Electrical | 28,839.60 |
|     4062 · Landscaping | 121,841.50 |
|     4096 · Bathrooms | 16,255.00 |
|   **Total Income** | 8,138,120.14 |
|   **Cost of Goods Sold** | |
|     **50000 · Cost of Goods Sold** | |
|       **51000 · Barter** | |
|         50100 · What's Up Barter Discount | 2,841.53 |
|         51000 · Barter - Other | 39,834.63 |
|       **Total 51000 · Barter** | 42,676.16 |
|       50000 · Cost of Goods Sold - Other | 217,304.97 |
|     **Total 50000 · Cost of Goods Sold** | 259,981.13 |
|     **6000 · Labor** | |
|       **6010 · Payroll & Payroll Taxes** | |
|         6015 · Payroll | 1,280,497.82 |
|       **Total 6010 · Payroll & Payroll Taxes** | 1,280,497.82 |
|       6200 · Subcontractors | 2,452,243.16 |
|     **Total 6000 · Labor** | 3,732,740.98 |
|     **6100 · Materials & Supplies** | |
|       6110 · Paint & Paint Supplies | 775,211.82 |
|       6120 · Gutter Materials | 5,386.91 |
|       6135 · HVAC | 8,066.00 |
|       6140 · Landscaping Materials | 119,737.59 |
|       6160 · Other Supplies and Charges | 24,924.32 |
|       6170 · Equipment Rental | 124,883.76 |
|       6180 · Siding & Siding Supplies | 34,772.13 |
|       6190 · Carpentry Supplies | 774,347.41 |
|       6100 · Materials & Supplies - Other | 1,198.22 |
|     **Total 6100 · Materials & Supplies** | 1,868,528.16 |
|   **Total COGS** | 5,861,250.27 |
| **Gross Profit** | 2,276,869.87 |
|   **Expense** | |
|     **6500 · Salaries & Wages** | |
|       **6530 · Salesmen Payroll** | |
|         6540 · Salesmen | 304,967.66 |
|       **Total 6530 · Salesmen Payroll** | 304,967.66 |

12:19 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
# Profit & Loss
## January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| **7600 · Office Admin & Ops Payroll** |  |
|    7610 · Office Admin & Ops Payroll | 868,439.91 |
| **Total 7600 · Office Admin & Ops Payroll** | **868,439.91** |
|   5226 · Medical Exam | 3,606.62 |
|   6500 · Salaries & Wages - Other | 99,999.90 |
| **Total 6500 · Salaries & Wages** | **1,277,014.09** |
| 6600 · Payroll Taxes and Fees | 199,953.17 |
| 66900 · Reconciliation Discrepancies | -0.16 |
| **7000 · Overhead** |  |
|   7010 · Advertising |  |
|     7011 · Internet | 24,372.60 |
|     7013 · Print | 3,116.70 |
|     7015 · Marketing | 105.98 |
|     7010 · Advertising - Other | 77,055.58 |
|   **Total 7010 · Advertising** | **104,650.86** |
|   7100 · Insurance |  |
|     5225 · Group Health Insurance | 27,474.73 |
|     7140 · Worker's Comp |  |
|       7145 · Workman's Compensation | 21,783.77 |
|       7150 · Workers Comp Service Fee | 20.00 |
|       7140 · Worker's Comp - Other | -340.40 |
|     **Total 7140 · Worker's Comp** | **21,463.37** |
|     7160 · Vehicle Insurance | 31,066.95 |
|     7170 · Liability Insurance | 25,973.04 |
|     7100 · Insurance - Other | 7,943.23 |
|   **Total 7100 · Insurance** | **113,921.32** |
|   7200 · Entertainment & Travel |  |
|     7210 · Entertainment/Meals | 82.49 |
|     7215 · Travel | 557.78 |
|   **Total 7200 · Entertainment & Travel** | **640.27** |
|   7300 · Interest Expenses |  |
|     7310 · Credit Card Charges | 56,060.88 |
|     7320 · Late Fees and Charges | 195.67 |
|     8150 · Interest Expense | 1,231.77 |
|     8155 · Finance Charge | 1,631.86 |
|     7300 · Interest Expenses - Other | 0.00 |
|   **Total 7300 · Interest Expenses** | **59,120.18** |
|   7500 · Bad Debt Expense | 9,663.00 |
|   7700 · Penalties | 4,112.35 |
|   7710 · Simple IRA Company Match | 33,852.53 |
|   7800 · Recruiting Education & Training |  |
|     7810 · Lead Abatement Related | 381.75 |
|     7800 · Recruiting Education & Training - Other | 49.90 |
|   **Total 7800 · Recruiting Education & Training** | **431.65** |
|   7850 · Repairs & Maintenance |  |
|     7860 · Computer | 8,967.91 |
|     8450 · Equipment | 12,924.07 |
|     7850 · Repairs & Maintenance - Other | 1,961.39 |
|   **Total 7850 · Repairs & Maintenance** | **23,853.37** |
|   7900 · Uniforms | 15,836.96 |

| | |
|---|---:|
| 12:19 PM | |
| 07/08/25 | |
| Accrual Basis | |

**Annapolis Painting Services**
**Profit & Loss**
January through December 2022

| | Jan - Dec 22 |
|---|---:|
| **8110 · Vehicle Expenses** | |
|    8111 · Fuel | 116,837.44 |
|    8112 · Repair/Maintenance | 35,724.03 |
|    8113 · GPS Tracking System | 250.09 |
|    8114 · Parking and Tolls | 6,657.73 |
|    8116 · Registration and License Plates | 2,184.50 |
|    8117 · Tickets & Citations | 1,273.80 |
|    8110 · Vehicle Expenses - Other | 6,784.52 |
| **Total 8110 · Vehicle Expenses** | 169,712.11 |
| **8115 · Bank Service Charges** | |
|    8121 · Returned Check | 0.00 |
|    8115 · Bank Service Charges - Other | 1,407.53 |
| **Total 8115 · Bank Service Charges** | 1,407.53 |
| **8120 · Charitable Contributions** | 2,948.68 |
| **8200 · Licenses and Permits** | 28,661.41 |
| **8205 · Office Expense** | |
|    8130 · Dues and Subscriptions | 2,642.47 |
|    8210 · Cleaning | 15,640.00 |
|    8215 · Supplies | 4,257.78 |
|    8220 · Copier Lease | 749.32 |
|    8225 · Training & Safety Materials | 17,676.27 |
|    8240 · Fees and Charges for Processing | 13.50 |
|    8250 · Memberships | 430.00 |
|    8260 · Office Expense | 5,337.15 |
|    8270 · Postage | 615.96 |
|    8280 · Printing | 3,957.99 |
|    8290 · Software Licenses | 683.81 |
|    8205 · Office Expense - Other | 13,035.27 |
| **Total 8205 · Office Expense** | 65,039.52 |
| **8300 · Professional Fees** | |
|    8305 · Accounting Fees | 5,275.00 |
|    8315 · Legal Fees | 14,006.25 |
|    8320 · Consulting Fees | 50,411.88 |
|    8300 · Professional Fees - Other | 1,000.00 |
| **Total 8300 · Professional Fees** | 70,693.13 |
| **8500 · Rent** | 90,000.00 |
| **8603 · Personal Property** | 5,778.03 |
| **8700 · Communications** | |
|    8705 · Cell Phones | 20,600.12 |
|    8710 · Telephone | 13,316.27 |
|    8720 · Wireless Cards & Internet | 277.42 |
| **Total 8700 · Communications** | 34,193.81 |
| **8800 · Utilities** | |
|    8810 · Heating Oil | 907.43 |
|    8820 · Trash Yard Cans | 11,877.56 |
|    8830 · Water and Waste | 172.38 |
|    8800 · Utilities - Other | 5,597.36 |
| **Total 8800 · Utilities** | 18,554.73 |
| **Total 7000 · Overhead** | 853,071.44 |

## Annapolis Painting Services
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| 8000 · Small Tools & Equipment | 15,849.91 |
| 8128 · Computer Equipment | 1,908.88 |
| 8211 · IRA Expense Account | 2,911.87 |
| 8340 · Computer/IT Service | 25,571.60 |
| 8888 · Fraud | 0.00 |
| 8900 · Miscellaneous | 11,425.31 |
| **Total Expense** | **2,387,706.11** |
| **Net Ordinary Income** | **-110,836.24** |
| Other Income/Expense |  |
|   Other Income |  |
|     4090 · Other Income | 4,274.70 |
|     40910 · Early payment discount - Vendor | 52.68 |
|     4100 · Interest Income | 636.41 |
|     4500 · Sherwin Williams Commission | 26,145.11 |
|   **Total Other Income** | **31,108.90** |
| **Net Other Income** | **31,108.90** |
| **Net Income** | **-79,727.34** |

12:20 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
# Profit & Loss
## January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Services** | |
| 4010 · Carpentry | 2,895,417.46 |
| 4015 · Masonry | 0.00 |
| 4020 · Painting | 5,126,129.07 |
| 4030 · Siding | 76,543.00 |
| 4040 · Roofing | 17,516.00 |
| 4060 · Gutters & Windows | 93,653.00 |
| 4095 · Flooring | 7,855.00 |
| 4000 · Services - Other | 620,542.11 |
| **Total 4000 · Services** | 8,837,655.64 |
| 4012 · Cabinets | 8,150.00 |
| 4014 · Insulation | 14,800.00 |
| 4022 · Plumbing | 19,000.00 |
| 4031 · Stairs | 5,240.00 |
| 4033 · Sprinklers | 8,000.00 |
| 4041 · Electrical | 39,982.00 |
| 4062 · Landscaping | 47,610.00 |
| **Total Income** | 8,980,437.64 |
| **Cost of Goods Sold** | |
| **50000 · Cost of Goods Sold** | |
| 51000 · Barter | 169,004.29 |
| 50000 · Cost of Goods Sold - Other | 739,289.88 |
| **Total 50000 · Cost of Goods Sold** | 908,294.17 |
| **6000 · Labor** | |
| **6010 · Payroll & Payroll Taxes** | |
| 6015 · Payroll | 1,556,407.19 |
| **Total 6010 · Payroll & Payroll Taxes** | 1,556,407.19 |
| 6200 · Subcontractors | 1,983,344.57 |
| **Total 6000 · Labor** | 3,539,751.76 |
| **6100 · Materials & Supplies** | |
| 6110 · Paint & Paint Supplies | 625,264.67 |
| 6120 · Gutter Materials | 400.00 |
| 6135 · HVAC | 7,213.00 |
| 6140 · Landscaping Materials | 90,573.17 |
| 6160 · Other Supplies and Charges | 0.00 |
| 6170 · Equipment Rental | 74,848.31 |
| 6180 · Siding & Siding Supplies | 2,649.72 |
| 6190 · Carpentry Supplies | 1,485,998.10 |
| 6100 · Materials & Supplies - Other | 37,082.94 |
| **Total 6100 · Materials & Supplies** | 2,324,029.91 |
| **Total COGS** | 6,772,075.84 |
| **Gross Profit** | 2,208,361.80 |
| **Expense** | |
| **6500 · Salaries & Wages** | |
| **6530 · Salesmen Payroll** | |
| 6510 · Commission | 92,137.00 |
| 6540 · Salesmen | 1,200.00 |
| **Total 6530 · Salesmen Payroll** | 93,337.00 |

12:20 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **7600 · Office Admin & Ops Payroll** | |
| 7610 · Office Admin & Ops Payroll | 779,301.88 |
| **Total 7600 · Office Admin & Ops Payroll** | 779,301.88 |
| 5226 · Medical Exam | 3,519.29 |
| 6500 · Salaries & Wages - Other | 150,000.01 |
| **Total 6500 · Salaries & Wages** | 1,026,158.18 |
| 6600 · Payroll Taxes and Fees | 294,781.66 |
| **7000 · Overhead** | |
| **7010 · Advertising** | |
| 7011 · Internet | 4,478.32 |
| 7012 · Marketing Supplies | 70.44 |
| 7015 · Marketing | 200.00 |
| 7010 · Advertising - Other | 94,050.14 |
| **Total 7010 · Advertising** | 98,798.90 |
| **7100 · Insurance** | |
| 5225 · Group Health Insurance | 29,891.18 |
| 7140 · Worker's Comp | -3,574.00 |
| 7170 · Liability Insurance | 4,692.04 |
| 7100 · Insurance - Other | 109,721.01 |
| **Total 7100 · Insurance** | 140,730.23 |
| **7200 · Entertainment & Travel** | |
| 7202 · 50% Entertainment Expense | 32.36 |
| 7210 · Entertainment/Meals | 67.27 |
| 7215 · Travel | 0.00 |
| **Total 7200 · Entertainment & Travel** | 99.63 |
| **7300 · Interest Expenses** | |
| 7310 · Credit Card Charges | 51,393.29 |
| 7320 · Late Fees and Charges | 227.23 |
| 8150 · Interest Expense | 141,029.44 |
| 8155 · Finance Charge | 1,996.83 |
| 7300 · Interest Expenses - Other | 789.43 |
| **Total 7300 · Interest Expenses** | 195,436.22 |
| 7500 · Bad Debt Expense | 4,990.08 |
| 7700 · Penalties | 2,041.42 |
| 7710 · Simple IRA Company Match | 58,266.93 |
| **7800 · Recruiting Education & Training** | |
| 7810 · Lead Abatement Related | 720.00 |
| 7800 · Recruiting Education & Training - Other | 194.37 |
| **Total 7800 · Recruiting Education & Training** | 914.37 |
| **7850 · Repairs & Maintenance** | |
| 7860 · Computer | 7,742.11 |
| 7850 · Repairs & Maintenance - Other | 5,033.88 |
| **Total 7850 · Repairs & Maintenance** | 12,775.99 |
| 7900 · Uniforms | 11,935.61 |

12:20 PM  
07/08/25  
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **8110 · Vehicle Expenses** |  |
| 8111 · Fuel | 92,309.03 |
| 8112 · Repair/Maintenance | 40,454.36 |
| 8113 · GPS Tracking System | 81.90 |
| 8114 · Parking and Tolls | 2,645.35 |
| 8116 · Registration and License Plates | 2,130.44 |
| 8117 · Tickets & Citations | 1,848.17 |
| 8110 · Vehicle Expenses - Other | 3,134.52 |
| **Total 8110 · Vehicle Expenses** | 142,603.77 |
| **8115 · Bank Service Charges** |  |
| 8121 · Returned Check | 0.00 |
| 8115 · Bank Service Charges - Other | 539.71 |
| **Total 8115 · Bank Service Charges** | 539.71 |
| **8120 · Charitable Contributions** | 1,432.50 |
| **8200 · Licenses and Permits** | 6,029.75 |
| **8205 · Office Expense** |  |
| 8130 · Dues and Subscriptions | 1,881.99 |
| 8210 · Cleaning | 5,570.00 |
| 8215 · Supplies | 4,737.82 |
| 8220 · Copier Lease | 12,323.83 |
| 8225 · Training & Safety Materials | 2,564.41 |
| 8230 · Damaged Items | 250.00 |
| 8240 · Fees and Charges for Processing | 24.97 |
| 8250 · Memberships | 606.00 |
| 8260 · Office Expense | 13,530.55 |
| 8270 · Postage | 352.52 |
| 8280 · Printing | 1,229.08 |
| 8290 · Software Licenses | 998.95 |
| 8205 · Office Expense - Other | 11,557.91 |
| **Total 8205 · Office Expense** | 55,628.03 |
| **8300 · Professional Fees** |  |
| 8305 · Accounting Fees | 13,312.47 |
| 8315 · Legal Fees | 17,194.86 |
| 8320 · Consulting Fees | 53,666.01 |
| 8300 · Professional Fees - Other | 1,218.00 |
| **Total 8300 · Professional Fees** | 85,391.34 |
| **8500 · Rent** | 90,000.00 |
| **8603 · Personal Property** | 2,560.02 |
| **8700 · Communications** |  |
| 8705 · Cell Phones | 12,360.25 |
| 8710 · Telephone | 10,728.70 |
| 8720 · Wireless Cards & Internet | 3,833.14 |
| **Total 8700 · Communications** | 26,922.09 |
| **8800 · Utilities** |  |
| 8810 · Heating Oil | 1,345.66 |
| 8820 · Trash Yard Cans | 3,587.70 |
| 8800 · Utilities - Other | 12,511.99 |
| **Total 8800 · Utilities** | 17,445.35 |
| **Total 7000 · Overhead** | 954,541.94 |

12:20 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| 7006 · Estimated Income Tax State | 45,000.00 |
| 8000 · Small Tools & Equipment | 17,946.56 |
| 8128 · Computer Equipment | 2,529.78 |
| 8211 · IRA Expense Account | 2,430.34 |
| 8340 · Computer/IT Service | 28,510.32 |
| 8900 · Miscellaneous | 12,998.29 |
| **Total Expense** | **2,384,897.07** |
| **Net Ordinary Income** | **-176,535.27** |
| Other Income/Expense |  |
|   Other Income |  |
|     4090 · Other Income | 72,661.55 |
|     4100 · Interest Income | 59.79 |
|     4500 · Sherwin Williams Commission | 21,543.20 |
| **Total Other Income** | **94,264.54** |
| **Net Other Income** | **94,264.54** |
| **Net Income** | **-82,270.73** |

12:20 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Services | |
|     4010 · Carpentry | 1,606,447.19 |
|     4015 · Masonry | 23,095.00 |
|     4016 · Concrete | 5,985.00 |
|     4020 · Painting | 3,766,951.20 |
|     4030 · Siding | 163,637.00 |
|     4040 · Roofing | 130,955.00 |
|     4060 · Gutters & Windows | 197,602.19 |
|     4095 · Flooring | 101,419.57 |
|     4097 · Well | 25,000.00 |
|     4000 · Services - Other | 290,450.24 |
| **Total 4000 · Services** | 6,311,542.39 |
| 4012 · Cabinets | 65,595.00 |
| 4013 · Framing | 23,000.00 |
| 4014 · Insulation | 9,075.00 |
| 4022 · Plumbing | 88,069.50 |
| 4041 · Electrical | 51,483.38 |
| 4042 · HVAC | 23,665.00 |
| 4062 · Landscaping | 68,396.82 |
| 4096 · Bathrooms | 54,506.37 |
| **Total Income** | 6,695,333.46 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | |
|     51000 · Barter | |
|         50100 · What's Up Barter Discount | 33,300.89 |
|         51000 · Barter - Other | 17,447.59 |
|     **Total 51000 · Barter** | 50,748.48 |
|     50000 · Cost of Goods Sold - Other | 128,461.35 |
| **Total 50000 · Cost of Goods Sold** | 179,209.83 |
| 6000 · Labor | |
|     6010 · Payroll & Payroll Taxes | |
|         6015 · Payroll | 1,346,973.56 |
|     **Total 6010 · Payroll & Payroll Taxes** | 1,346,973.56 |
|     6200 · Subcontractors | |
|         6201 · Subcontractor-Drywall | 10,982.00 |
|         6202 · Subcontractor - Tile | 8,755.00 |
|         6200 · Subcontractors - Other | 1,290,374.12 |
|     **Total 6200 · Subcontractors** | 1,310,111.12 |
| **Total 6000 · Labor** | 2,657,084.68 |
| 6100 · Materials & Supplies | |
|     6102 · Deck | 6,806.86 |
|     6103 · Easement | 1,937.50 |
|     6104 · Kitchen Cabinets | 10,781.74 |
|     6105 · Appliances | 9,447.97 |
|     6107 · Insulation | 4,535.86 |
|     6108 · Framing | 7,171.31 |
|     6109 · Doors | 14,552.20 |
|     6110 · Paint & Paint Supplies | 589,657.46 |
|     6114 · Flooring Tile | 10,145.88 |
|     6115 · Electrical Work | |
|         6116 · Light Fitures | 1,359.87 |
|         6115 · Electrical Work - Other | 17,921.05 |
|     **Total 6115 · Electrical Work** | 19,280.92 |

| | | |
|---|---|---|
| 12:20 PM | **Annapolis Painting Services** | |
| 07/08/25 | **Profit & Loss** | |
| Accrual Basis | January through December 2024 | |

| | Jan - Dec 24 |
|---|---:|
| 6125 · Materials-Plumbing | 24,189.68 |
| 6126 · Plumbing Fixtures | 4,394.92 |
| 6135 · HVAC | 32,406.10 |
| 6140 · Landscaping Materials | 140,355.64 |
| 6165 · Permits | 7,975.63 |
| 6170 · Equipment Rental | 76,725.17 |
| 6180 · Siding & Siding Supplies | 6,093.56 |
| 6190 · Carpentry Supplies | 731,766.91 |
| 6191 · Trim | 11,192.85 |
| 6195 · Materials Well | 31,475.33 |
| 6196 · Windows | 7,427.91 |
| **Total 6100 · Materials & Supplies** | **1,748,321.40** |
| 6101 · Architecture | 1,415.00 |
| 6106 · Dump Fees | 2,710.46 |
| **Total COGS** | **4,588,741.37** |
| **Gross Profit** | **2,106,592.09** |
| Expense | |
| 6500 · Salaries & Wages | |
| 6530 · Salesmen Payroll | |
| 6540 · Salesmen | 305,988.78 |
| **Total 6530 · Salesmen Payroll** | **305,988.78** |
| 6525 · Officer Payroll | 192,307.66 |
| 7600 · Office Admin & Ops Payroll | |
| 6610 · Project/Safety Manager Payroll | 63,461.64 |
| 7610 · Office Admin & Ops Payroll | 259,094.85 |
| **Total 7600 · Office Admin & Ops Payroll** | **322,556.49** |
| 5226 · Medical Exam | 484.00 |
| **Total 6500 · Salaries & Wages** | **821,336.93** |
| 6600 · Payroll Taxes and Fees | 151,732.62 |
| 66900 · Reconciliation Discrepancies | 51.92 |
| 7000 · Overhead | |
| 7010 · Advertising | |
| 7011 · Internet | 51,999.94 |
| 7015 · Marketing | 3,000.00 |
| 7010 · Advertising - Other | 77,977.34 |
| **Total 7010 · Advertising** | **132,977.28** |
| 7100 · Insurance | |
| 5225 · Group Health Insurance | 17,955.53 |
| 7110 · Officer's Health Insurance | 336.06 |
| 7170 · Liability Insurance | 7,632.08 |
| 7100 · Insurance - Other | 121,412.25 |
| **Total 7100 · Insurance** | **147,335.92** |
| 7200 · Entertainment & Travel | |
| 7215 · Travel | 774.35 |
| **Total 7200 · Entertainment & Travel** | **774.35** |
| 7300 · Interest Expenses | |
| 7310 · Credit Card Charges | 75,379.71 |
| 7320 · Late Fees and Charges | 71.00 |
| 8150 · Interest Expense | 145,986.11 |
| 8155 · Finance Charge | 626.13 |
| **Total 7300 · Interest Expenses** | **222,062.95** |

| | | |
|---|---:|---:|
| 12:20 PM | **Annapolis Painting Services** | |
| 07/08/25 | **Profit & Loss** | |
| Accrual Basis | January through December 2024 | |

| | Jan - Dec 24 |
|---|---:|
| 7500 · Bad Debt Expense | 5,952.90 |
| 7700 · Penalties | 1,755.78 |
| 7710 · Simple IRA Company Match | 17,365.49 |
| 7850 · Repairs & Maintenance | |
|    7860 · Computer | 3,971.27 |
|    7850 · Repairs & Maintenance - Other | 14,903.01 |
| **Total 7850 · Repairs & Maintenance** | **18,874.28** |
| 7900 · Uniforms | 11,111.19 |
| 8110 · Vehicle Expenses | |
|    8111 · Fuel | 94,647.87 |
|    8112 · Repair/Maintenance | 38,394.36 |
|    8113 · GPS Tracking System | 329.94 |
|    8114 · Parking and Tolls | 2,777.94 |
|    8116 · Registration and License Plates | 4,557.18 |
|    8117 · Tickets & Citations | -349.13 |
|    8110 · Vehicle Expenses - Other | 10,646.58 |
| **Total 8110 · Vehicle Expenses** | **151,004.74** |
| 8115 · Bank Service Charges | 583.41 |
| 8120 · Charitable Contributions | 17,946.87 |
| 8200 · Licenses and Permits | 2,683.64 |
| 8205 · Office Expense | |
|    8130 · Dues and Subscriptions | 10,340.75 |
|    8210 · Cleaning | 5,700.00 |
|    8215 · Supplies | 10,122.14 |
|    8220 · Copier Lease | 1,009.90 |
|    8225 · Training & Safety Materials | 6,095.00 |
|    8240 · Fees and Charges for Processing | 19.75 |
|    8250 · Memberships | 8,013.47 |
|    8260 · Office Expense | 12,274.57 |
|    8270 · Postage | 313.65 |
|    8280 · Printing | 1,252.55 |
|    8290 · Software Licenses | 985.80 |
|    8295 · Xmas Party Funds | 5,900.00 |
|    8205 · Office Expense - Other | -8,958.29 |
| **Total 8205 · Office Expense** | **53,069.29** |
| 8300 · Professional Fees | |
|    8305 · Accounting Fees | 11,125.00 |
|    8315 · Legal Fees | 30,499.18 |
|    8320 · Consulting Fees | 101,064.00 |
|    8300 · Professional Fees - Other | 8,990.00 |
| **Total 8300 · Professional Fees** | **151,678.18** |
| 8500 · Rent | 90,500.00 |
| 8603 · Personal Property | 2,680.17 |
| 8700 · Communications | |
|    8705 · Cell Phones | 12,209.36 |
|    8710 · Telephone | 7,129.43 |
|    8720 · Wireless Cards & Internet | 4,506.40 |
| **Total 8700 · Communications** | **23,845.19** |
| 8800 · Utilities | |
|    8810 · Heating Oil | 2,132.91 |
|    8820 · Trash Yard Cans | 18,738.97 |
|    8800 · Utilities - Other | 16,432.37 |
| **Total 8800 · Utilities** | **37,304.25** |
| **Total 7000 · Overhead** | **1,089,505.88** |

12:20 PM
07/08/25
Accrual Basis

# Annapolis Painting Services
## Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---:|
| 8000 · Small Tools & Equipment | 14,613.00 |
| 8128 · Computer Equipment | 7,045.75 |
| 8211 · IRA Expense Account | 2,250.04 |
| 8340 · Computer/IT Service | 35,997.11 |
| 8888 · Fraud | 0.00 |
| 8900 · Miscellaneous | 712.61 |
| **Total Expense** | **2,123,245.86** |
| **Net Ordinary Income** | **-16,653.77** |
| Other Income/Expense | |
|   Other Income | |
|     4500 · Sherwin Williams Commission | 14,509.54 |
| **Total Other Income** | **14,509.54** |
| **Net Other Income** | **14,509.54** |
| **Net Income** | **-2,144.23** |