Robert Bontempo
Tempo, Inc. TA
MHIC 24390



**ANNAPOLIS**
P A I N T I N G
S E R V I C E S
Over 30 years of Excellence and Trust

2561 Housley Rd., Annapolis, MD 21401

(410) 974-6768
(410) 224-2774 Fax
www.annapolispainting.com
rbontempo@annapolispainting.com



**FINAL**

| PROPOSAL SUBMITTED TO: | | PHONE | DATE |
|---|---|---|---|
| STREET | MM Assets, LLC   Attn: Scott Forrester<br>Managing Member for MM Property, LLC<br>4717 Quebec Street, NW | (240) 375-5022 | 11/7/2022 |
| | | JOB NAME | JOB # |
| | | Mayfair Mansions III | 2022-0851 |
| CITY, STATE AND ZIP CODE | | JOB LOCATION | JOB PHONE |
| | Washington   DC   20016 | 3743 - thru 3817 Jay St NE | |
| | Year House Build   ☐ Pre 1978 ☐ Post 1978 | Washington, DC 20019 | Email:   rrester <dsfquebec@gmail.com> |

We hereby purpose to furnish materials and labor necessary for completion of:

**1.** *Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.*

$ 1,200.00   per week

**2.** *Provide multi skilled labor proficient and all aspects of property maintainence including but not limited to: Carpentry, drywall flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing.*

$ 75.00   per manhour

**3.** *Material purchases and payments to outside vendors will be billed at cost plus 10% and reimbursed at each billing*

~~NOTE: The scope of this contract is for the completion of the outstanding items on 3 inspection lists, one conducted on 12/14/21~~

one on 6/6/22 and one on 7/10/22. Scope includes the performance of work but will coordinate the following:Fire extinguishers & sprinklers, FOB door controls   pest control, complete unit rebuilds that will be by others unless agreed otherwise.
Other work may be added to this agreement.

This contract is limited to $50,000.00 but may be extended for the completion of all 3 lists. Weekly reports will track progress and invoicing will be done every two weeks to give an accurate accounting of the costs to date. Both parties must agree on additional funds needed to complete all lists and execute a new contract prior to continuing work. All outstanding invoices must be paid current before starting new contract.

3rd party subcontractors hired by Annapolis Painting will be marked up 7% and reimbursed by Owner

Materials purchased by Annapolis Painting to perform work will be marke up 10% of the actual cost of material and reimbursed by Owner.

**FINAL**

IF YOUR PROPOSAL CONTAINS WORK TO BE DONE AT A "TIME & MATERIAL" RATE, YOU NEED TO SIGN THE TIME SHEET AS THE WORKERS FINISH THEIR JOB. PLEASE MAKE ARRANGEMENTS TO BE PRESENT AT THE END OF THE JOB OR TO LEAVE THE SIGNED TIME SHEET WHERE OUR FOREMAN CAN GET IT NEXT MORNING. UNLESS OTHERWISE SPECIFIED, UP TO TWO COATS IS INCLUDED IN PRICE. ADDITIONAL COATS CAN BE APPLIED AT A RATE OF $50.00 PER HOUR.

WE PROPOSE hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

**Fifty thousand**                                                                    **$50,000.00**

Payment to be made as follows:
**Billed on a bi-monthly basis**

All material is guaranteed to be as specified. All work to be completed in a substantial workmanlike manner according to specifications submitted, per standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Agreements made with other painters not recognized. Powerwashing does not clean windows, window washing arrangements should be made subsequent to powerwashing. Gutter grime requires hand-washing. Formal mediation of disputes between homeowners and contractors is available through MHIC The commission administers the Guaranty Fund, which may compensate homeowners for certain actual losses caused by acts or ommissions of licensed contractors; and a homeowner may request that a contractor purchase a performance bond for additional protection against losses not covered by the Gauranty fund for and additional 2% of the contract amount. All work will be substantially complete within 90 days of starting work unless otherwise agreed upon.

Authorized
Signature

Note: This proposal may be withdrawn by us if not accepted within                    30 days

All payments received more than 30 days after invoice date may be charged interest. Reasonable costs of collection, court costs and reasonable attorneys fees will be paid by the client.

ACCEPTANCE OF PROPOSAL The above prices, specifications and conditions are satisfactory and hereby accepted. Signature   X
You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance:                                              **November 7, 2022**
                                                                 X

Every Painting Contractor and Subcontractor must be licensed by the MHIC and anyone may ask the commission about a contractor
Maryland Home Improvement Commission (410) 230-6309  www.dllr.state.md.us/license/mhic

*Exhibit B*