2-0851 Mayfair Invoices

| Invoice Number | Number | Dated | Amount | Paid Amount | Date Paid | Open Balance |
|---|---|---|---|---|---|---|
| 33519 | 1 | 11/17/2022 | $ 50,832.47 | $ 50,000.00 | 11/18/2022 | $ 832.47 |
| 33561 | 2 | 12/2/2022 | $ 42,375.00 | $ 42,375.00 | 12/9/2022 | $ - |
| 33599R | 3 | 12/10/2022 | $ 50,550.00 | $ 50,550.00 | 1/18/2023 | $ - |
| 33562 | 4 | 12/2/2022 | $ 39,564.31 | $ 39,564.31 | 12/16/2022 | $ - |
| 33601R | 5 | 12/14/2022 | $ 46,694.30 | $ 46,694.30 | 1/11/2023 | $ - |
| 33607 | 6 | 12/14/2022 | $ 38,850.00 | $ 38,850.00 | 1/18/2023 | $ - |
| 33626 | 7 | 12/20/2022 | $ 47,522.14 | | | $ 47,522.14 |
| 33663 | 8 | 1/6/2023 | $ 29,815.38 | | | $ 29,815.38 |
| 33664 | 9 | 1/6/2023 | $ 50,662.50 | | | $ 50,662.50 |
| 33677 | 10 | 1/14/2023 | $ 48,525.00 | | | $ 48,525.00 |
| 33678 | 11 | 1/14/2023 | $ 51,487.50 | | | $ 51,487.50 |
| 33695 | 12 | 1/21/2023 | $ 52,462.50 | | | $ 52,462.50 |
| 33696 | 13 | 1/21/2023 | $ 16,906.48 | | | $ 16,906.48 |
| 33773 | 14 | 2/9/2023 | $ 65,251.42 | | | $ 65,251.42 |
| 33799 | 15 | 2/15/2023 | $ 52,087.50 | | | $ 52,087.50 |
| 33800 | 16 | 2/15/2023 | $ 3,600.00 | | | $ 3,600.00 |
| 33863 | 17 | 3/7/5023 | $ 16,088.23 | | | $ 16,088.23 |
| 33865 | 18 | 3/7/2023 | $ 3,600.00 | | | $ 3,600.00 |
| 33876 | 19 | 3/11/2023 | $ 1,200.00 | | | $ 1,200.00 |
| 33877 | 20 | 3/11/2023 | $ 62,062.50 | | | $ 62,062.50 |
| 33881 | 21 | 3/13/2023 | $ 18,299.77 | | | $ 18,299.77 |
| | | | | | | $ - |
| Total | | | $ 788,437.00 | $ 268,033.61 | | $ 520,403.39 |

Exhibit C

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

# Invoice

Tel. (410) 974-6768

| DATE | INVOICE # |
|---|---|
| 12/20/2022 | 33626 |

| BILL TO | SHIP TO |
|---|---|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 | Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|---|---|---|---|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|---|---|---|---|
| Provide multi skilled labor proficient and all aspects of property maintenance including but not limited to: Carpentry, drywall, flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing.  $75.00 per manhour As of 12/15/2022 -12/18/2022 374.50 hours at $75.00 per manhour = $28,087.50 Material purchases will be billed at cost plus 10% and reimbursed by owner at each billing. 3rd party subcontractors will be billed with a 7% markup and reimbursed by owner. NOTE:  The scope of this contract is strictly limited to outstanding items on 3 inspection lists, one conducted on 12/14/21 one on 6/6/22 and one on 7/10/22.  Scope includes the performance of work but will coordinate with the following 3rd party vendors for:  Fire extinguishers & sprinklers, FOB door controls, pest control,  complete unit rebuilds that will be by others unless agreed otherwise. Other work may be added to this agreement. | 28,087.50 | | 28,087.50 19,434.64 |

| | |
|---|---|
| Thank you for your business! | **Total** |
| | **Payments/Credits** |
| | **Balance Due** |

TEMPO INC.

**Invoice**

d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

| DATE | INVOICE # |
|------|-----------|
| 12/20/2022 | 33626 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester
Managing Member for MM Property LLC
4717 Quebec Street, NW
Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III
3743- thru 3817
3754 Jay St NE
Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| This contract is limited to $50,000.00 but may be extended for the completion of all 3 lists. Weekly reports will track progress and invoicing will be done every two weeks to give an accurate accounting of the costs to date. Both parties must agree on additional funds needed to complete all lists and execute a new contract prior to continuing work. All outstanding invoices must be paid current before starting new contract.
Materials as of 12/20/22 = $19434.64 | | | |

|  |  |
|--|--|
| Thank you for your business! | **Total**     $47,522.14 |
| | **Payments/Credits**     $0.00 |
| | **Balance Due**     **$47,522.14** |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/6/2023 | 33663 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester<br>Managing Member for MM Property LLC<br>4717 Quebec Street, NW<br>Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III<br>3743- thru 3817<br>3754 Jay St NE<br>Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Material purchases will be billed at cost plus 10% and reimbursed by owner at each billing. 3rd party subcontractors will be billed with a 7% markup and reimbursed by owner. NOTE:  The scope of this contract is strictly limited to outstanding items on 3 inspection lists, one conducted on 12/14/21 one on 6/6/22 and one on 7/10/22.  Scope includes the performance of work but will coordinate with the following 3rd party vendors for:  Fire extinguishers & sprinklers, FOB door controls, pest control,  complete unit rebuilds that will be by others unless agreed otherwise. Other work may be added to this agreement. This contract is limited to $50,000.00 but may be extended for the completion of all 3 lists.  Weekly reports will track progress and invoicing will be done every two weeks to give an accurate accounting of the costs to date.  Both parties must agree  on additional funds needed to complete all lists and execute a new contract prior to continuing work.  All outstanding invoices must be paid current before starting new | 28,795.10 | | 29,815.38 |

| | |
|---|---|
| Thank you for your business! | **Total** |
| | **Payments/Credits** |
| | **Balance Due** |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/6/2023 | 33663 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| contract. Materials as of 01/05/2023 $29,815.38 | | | |

Thank you for your business!

| | |
|---|---|
| **Total** | $29,815.38 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $29,815.38 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/6/2023 | 33664 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Provide multi skilled labor proficient and all aspects of property maintenance including but not limited to: Carpentry, drywall, flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing.  $75.00 per manhour As of 12/19/2022 -12/23/2022 644.50 hours at $75.00 per manhour = $49,462.50 | 49,462.50 | | 49,462.50 |
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 12/21/2022 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |

| | | |
|---|---|---|
| | **Total** | $50,662.50 |
| Thank you for your business! | **Payments/Credits** | $0.00 |
| | **Balance Due** | $50,662.50 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



# Invoice

| DATE | INVOICE # |
|---|---|
| 1/14/2023 | 33677 |

Tel. (410) 974-6768

| BILL TO |
|---|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|---|---|---|---|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|---|---|---|---|
| Provide multi skilled labor proficient and all aspects of property maintenance including but not limited to: Carpentry, drywall, flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing.  $75.00 per manhour As of 12/24/2022-01/03/2023 663 hours x $75.00 = $49,725.00 | 49,725.00 | | 49,725.00 |
| Over Charged $1,200.00 on Invoice 33664 | -1,200.00 | | -1,200.00 |

| | | |
|---|---|---|
| | **Total** | $48,525.00 |
| Thank you for your business! | **Payments/Credits** | $0.00 |
| | **Balance Due** | **$48,525.00** |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/14/2023 | 33678 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Provide multi skilled labor proficient and all aspects of property maintenance including but not limited to: Carpentry, drywall, flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing.  $75.00 per manhour As of01/04/2023-01/11/2023 670.50 hour x $75.00 = $50,287.50 | 50,287.50 | | 50,287.50 |
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 01/11/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |

Thank you for your business!

| | |
|---|---|
| **Total** | $51,487.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $51,487.50 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

 #12

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/21/2023 | 33695 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester<br>Managing Member for MM Property LLC<br>4717 Quebec Street, NW<br>Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III<br>3743- thru 3817<br>3754 Jay St NE<br>Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Provide multi skilled labor proficient and all aspects of property maintenance including but not limited to: Carpentry, drywall, flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing.  $75.00 per manhour As of01/12/2023-01/19/2023 699.50 hour x $75.00 = $52,462.50 | 52,462.50 | | 52,462.50 |

| | Total | $52,462.50 |
|-|-------|-----------|
| Thank you for your business! | **Payments/Credits** | $0.00 |
| | **Balance Due** | **$52,462.50** |

TEMPO INC.

**Invoice**

d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



| DATE | INVOICE # |
|------|-----------|
| 1/21/2023 | 33696 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Material purchases will be billed at cost plus 10% and reimbursed by owner at each billing. 3rd party subcontractors will be billed with a 7% markup and reimbursed by owner. NOTE:  The scope of this contract is strictly limited to outstanding items on 3 inspection lists, one conducted on 12/14/21 one on 6/6/22 and one on 7/10/22.  Scope includes the performance of work but will coordinate with the following 3rd party vendors for:  Fire extinguishers & sprinklers, FOB door controls, pest control,  complete unit rebuilds that will be by others unless agreed otherwise. Other work may be added to this agreement. This contract is limited to $50,000.00 but may be extended for the completion of all 3 lists.  Weekly reports will track progress and invoicing will be done every two weeks to give an accurate accounting of the costs to date.  Both parties must agree  on additional funds needed to complete all lists and execute a new contract prior to continuing work.  All outstanding invoices must be paid current before starting new | | | 15,706.48 |

| Thank you for your business! | Total | |
| | **Payments/Credits** | |
| | **Balance Due** | |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/21/2023 | 33696 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| contract. Materials as of 01/20/2023 Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 01/20/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |

Thank you for your business!

| | |
|--|--|
| Total | $16,906.48 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$16,906.48** |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/9/2023 | 33773 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Material purchases will be billed at cost plus 10% and reimbursed by owner at each billing. 3rd party subcontractors will be billed with a 7% markup and reimbursed by owner. NOTE:  The scope of this contract is strictly limited to outstanding items on 3 inspection lists, one conducted on 12/14/21 one on 6/6/22 and one on 7/10/22.  Scope includes the performance of work but will coordinate with the following 3rd party vendors for:  Fire extinguishers & sprinklers, FOB door controls, pest control,  complete unit rebuilds that will be by others unless agreed otherwise. Other work may be added to this agreement. This contract is limited to $50,000.00 but may be extended for the completion of all 3 lists. Weekly reports will track progress and invoicing will be done every two weeks to give an accurate accounting of the costs to date.  Both parties must agree  on additional funds needed to complete all lists and execute a new contract prior to continuing work.  All outstanding invoices must be paid current before starting new | | | 65,251.42 |

| | | |
|---|---|---|
| | **Total** | |
| Thank you for your business! | **Payments/Credits** | |
| | **Balance Due** | |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/9/2023 | 33773 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| contract. Materials 02/09/2023 Invoice Date | | | |

Thank you for your business!

| Total | $65,251.42 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$65,251.42** |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/15/2023 | 33799 |

Tel. (410) 974-6768

| BILL TO | SHIP TO |
|---------|---------|
| Mayfair Mansions Att:Scott Forrester<br>Managing Member for MM Property LLC<br>4717 Quebec Street, NW<br>Washington DC 20016 | Mayfair Mansions III<br>3743- thru 3817<br>3754 Jay St NE<br>Washington, DC 20019 |

| | CUST PHONE | TERMS | REP | JOB NO. |
|---|---|---|---|---|
| | 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|---|---|---|---|
| Provide multi skilled labor proficient and all aspects of property maintenance including but not limited to: Carpentry, drywall, flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing.  $75.00 per manhour<br>As of 01/20/2023 - 01/30/2023 694.50 hours x $75.00 = $52,087.50 | 52,087.50 | | 52,087.50 |

| | |
|---|---|
| Total | $52,087.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $52,087.50 |

Thank you for your business!

**TEMPO INC.**
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/15/2023 | 33800 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 01/27/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 02/03/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 02/10/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |

Thank you for your business!

| | |
|---|---|
| **Total** | $3,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,600.00 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road



# Invoice

| DATE | INVOICE # |
|---|---|
| 3/7/2023 | 33863 |

Tel. (410) 974-6768

| BILL TO |
|---|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|---|---|---|---|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|---|---|---|---|
| Material purchases will be billed at cost plus 10% and reimbursed by owner at each billing. 3rd party subcontractors will be billed with a 7% markup and reimbursed by owner. NOTE:The scope of this contract is strictly limited to outstanding items on 3 inspection lists, one conducted on 12/14/21 one on 6/6/22 and one on 7/10/22.  Scope includes the performance of work but will coordinate with the following 3rd party vendors for:  Fire extinguishers & sprinklers, FOB door controls, pest control,  complete unit rebuilds that will be by others unless agreed otherwise. Other work may be added to this agreement. This contract is limited to $50,000.00 but may be extended for the completion of all 3 lists.  Weekly reports will track progress and invoicing will be done every two weeks to give an accurate accounting of the costs to date.  Both parties must agree  on additional funds needed to complete all lists and execute a new contract prior to continuing work.  All outstanding invoices must be paid current before starting new contract. Materials 03/07/2023 | | | 16,088.23 |

| Thank you for your business! | Total | |
|---|---|---|
| | Payments/Credits | |
| | **Balance Due** | |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/7/2023 | 33863 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Invoice Date | | | |

|  | Total | $16,088.23 |
|--|-------|-----------|
| Thank you for your business! | Payments/Credits | $0.00 |
|  | **Balance Due** | $16,088.23 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

**#18**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/7/2023 | 33865 |

Tel. (410) 974-6768

| BILL TO | SHIP TO |
|---------|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 | Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 02/17/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 02/24/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 03/03/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |

| | | |
|---|---|---|
| Thank you for your business! | **Total** | $3,600.00 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $3,600.00 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

 #19

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/11/2023 | 33876 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Provide management to oversee on-site personnel, manage job tickets, provide weekly reporting of completed work.  $1,200.00 per week. as of 03/10/2023 = $1,200.00  Nick Bontempo | 1,200.00 | | 1,200.00 |

| | | |
|---|---|---|
| Thank you for your business! | **Total** | $1,200.00 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $1,200.00 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

Tel. (410) 974-6768

# Invoice

#20

| DATE | INVOICE # |
|------|-----------|
| 3/11/2023 | 33877 |

| BILL TO | SHIP TO |
|---------|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 | Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Provide multi skilled labor proficient and all aspects of property maintenance including but not limited to: Carpentry, drywall, flooring, painting, cabinet repair, light electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement, minor plumbing. $75.00 per manhour As of 01/31/2023 - 03/10/2023 827.50 hours x $75.00 = $62,062.50 | 62,062.50 | | 62,062.50 |

Thank you for your business!

| | |
|---|---|
| **Total** | $62,062.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $62,062.50 |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

# Invoice



| DATE | INVOICE # |
|------|-----------|
| 3/13/2023 | 33881 |

Tel. (410) 974-6768

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| Material purchases will be billed at cost plus 10% and reimbursed by owner at each billing. 3rd party subcontractors will be billed with a 7% markup and reimbursed by owner. NOTE:  The scope of this contract is strictly limited to outstanding items on 3 inspection lists, one conducted on 12/14/21 one on 6/6/22 and one on 7/10/22.  Scope includes the performance of work but will coordinate with the following 3rd party vendors for:  Fire extinguishers & sprinklers, FOB door controls, pest control,  complete unit rebuilds that will be by others unless agreed otherwise. Other work may be added to this agreement. This contract is limited to $50,000.00 but may be extended for the completion of all 3 lists.  Weekly reports will track progress and invoicing will be done every two weeks to give an accurate accounting of the costs to date.  Both parties must agree  on additional funds needed to complete all lists and execute a new contract prior to continuing work.  All outstanding invoices must be paid current before starting new | 18,299.77 | | 18,299.77 |

| Thank you for your business! | Total | |
| | Payments/Credits | |
| | **Balance Due** | |

TEMPO INC.
d/b/a ANNAPOLIS PAINTING SERVICES
Annapolis, MD 21401
2561 Housley Road

Tel. (410) 974-6768

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/13/2023 | 33881 |

| BILL TO |
|---------|
| Mayfair Mansions Att:Scott Forrester Managing Member for MM Property LLC 4717 Quebec Street, NW Washington DC 20016 |

| SHIP TO |
|---------|
| Mayfair Mansions III 3743- thru 3817 3754 Jay St NE Washington, DC 20019 |

| CUST PHONE | TERMS | REP | JOB NO. |
|------------|-------|-----|---------|
| 240-375-5022 | Due on receipt | RB | 2022-0851 |

| DESCRIPTION | Est Amt | Prior Amt | Amount |
|-------------|---------|-----------|--------|
| contract. Materials 03/13/2023 Invoice Date | | | |

| | Total | $18,299.77 |
|---|-------|------------|
| Thank you for your business! | Payments/Credits | $0.00 |
| | **Balance Due** | **$18,299.77** |