

**U.S. SMALL BUSINESS ADMINISTRATION**
Covid EIDL Servicing Center
14925 Kingsport Road
Fort Worth, Texas 76155

(833) 853-5638
For Relay
Service Dial
7-1-1

July 25, 2024
TEMPO INC
2561 HOUSLEY RD
ANNAPOLIS, MD 21401

Re: Loan No. DL(H) 7765288008

Dear Borrower(s):

Due to your financial difficulty, the Small Business Administration consents to the following action taken on your loan:

1. Change installment amount from $8,797.00 to $880.00 monthly, including principal and interest, beginning with the installment due 9/2/2024 through and including 2/2/2025.

Your next payment will be due 9/2/2024 in the amount of $880.00.

In the event that you fail to make the reduced payments as herein above described, this letter of consent and approval to reduce payments will immediately and automatically become null and void and the amount of the monthly payment will revert to that which is scheduled on the Note.

Your regular installment amount will return to $8,797.00 on 3/2/2025.

If you have any additional questions about this action, please contact our office at the above address or toll-free number.

Sincerely,

Loan Servicing

The Federal Equal Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Consumer Response Center, Federal Trade Commission, Washington D.C., 20580.