

# U.S. Small Business Administration

**Statement Date:** 09/02/2025
**SBA Loan #:** 7765288008
**Loan Type:** Disaster COVID-19 Economic Injury

TEMPO INC
2561 HOUSLEY RD
ANNAPOLIS, MD 21401

| Statement Amount | Payment Due | Due Date |
|---|---|---|
| $8,797.00 | $8,797.00 | 09/02/2025 |

| Last Payment Amount | Last Payment Date | Applied to Principal | Applied to Interest | Oustanding Balance |
|---|---|---|---|---|
| $880.00 | 07/28/2025 | $0.00 | $880.00 | $1,750,329.50 |

To remit payments, please visit MySBA Loan Portal and select "Make Payment" or mail payment to:

SBA
PO Box 3918
Portland, OR 97208-3918

Please direct your questions and correspondence to the address below:
**Note that payments made to this address may be returned**

CESC - COVID EIDL SERVICE CENTER
14925 Kingsport Rd
Fort Worth, TX 76155
(833) 853-5638