Doc #: 2023026939
03/31/2023 12:09 PM



Government of the
District of Columbia
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202) 727-5374

## NOTICE OF MECHANIC'S LIEN

Date of Notice: mm/dd/yyyy 03/22/2023

The Project¹ is:  ☑ Ongoing  /  ☐ Completed  /  ☐ Termination

If the Project has been Completed or Terminated,

please provide date of Completion or Termination: mm/dd/yyyy _____

**Contractor**

Name: Tempo, Inc. t/a Annapolis Painting Services

*and*

**Contractor's Registered Agent (if applicable)**

Name: James Bond (Registered agent)

Contractor's or Contractor's Registered Agent's Mailing Address (please specify which)

(Reg. Agent:)3910 Livingston Street, NW

City/State/Zip: Washington, DC 20015

**Party Against Whose Interest a Lien Is Claimed (herein "Owner"):**

Name: MM Property, LLC

*and*

**Owner's Registered Agent (if applicable):**

Name: Brandon Feraren

Owner's or Owner's Registered Agent's Mailing Address (please specify which)

4717 Quebec Street, N.W.

City/State/Zip: Washington, D.C. 20016-3226

---

¹ Project means any work or materials provided by a contractor for the erection, construction, improvement, repair of, or addition to any real property at the direction of an owner, or an owner's authorized agent, or the placing of any engine, machinery or other thing therein or in connection therewith so as to become a fixture, though capable of being detached. DC Code Section 40-301.03

ROD 16 revised 08/2012

*Exhibit D*

**Property:** Square 5057  Suffix _____  Lot(s) 0804

Address: 3805 Jay Street, N.E. #7

Washington, DC 20019

**Notice:** Notice is hereby given that Contractor indicated above intends to hold a Mechanic's Lien against the interest of the Owner of the Property for the sum of $520,403.39 ("Amount Claimed") after taking into account any credit for payments through the date hereof. This claim is pursuant to a contract for work or materials in the Project:

☐ between Owner and the Contractor
☑ between a General Contractor and Contractor which acted as a sub-contractor

**Description of the work Done and /or materials Furnished to the Property:**
Contractor supplied and/or performed the following (include specific dates of when: 1) work was commenced and completed; and/or 2) materials were furnished, including first and last delivered dates):

Provide multi skilled labor and materials for property repair and maintenance, including but not limited to, carpentry, drywall, flooring, painting, cabinet repair, light-electrical, HVAC filter replacement, brick pointing, caulking, gutter & downspout repair, lock replacement and minor-plumbing. Provide on-site management of personnel and provide reporting for completed work. Performance: 12/2/2022 through 3/22/2023

**Certification:** The undersigned hereby certifies:

Contractor is:
☐ an individual
☐ organized and existing under the laws of the District of Columbia.
☑ organized and existing under the laws of the State of Maryland and doing business in the District of Columbia.
☐ organized and existing under the laws of the State of _____ and not doing business in the District of Columbia.

*Delivery of a Copy of Notice:* A copy of this notice will be served within five (5) business days of recordation upon the Owner or the agent of the Owner of the Property by certified mail to the Owner's current address (or, if not available in the public records, to the last known address). I further certify that if the certified mail is returned as unclaimed or undelivered, a copy of this notice will be posted at or on the affected real property at a location generally visible from some entry point to the real property.

*Timing of Notice:* This notice is being filed during the construction or within 90 days after the earlier of the completion or termination of the Project. I further certify that I understand that I must commence suit to enforce this lien within 180 days from the date of recordation of this notice and that a notice of lis pendens will need to be recorded timely and pursuant to applicable law.

ROD 16 revised 08/2012

**Verification by Contractor, Contractor's Authorized Representative, or Attorney:**

I, Brian D. Lyman, hereby affirm under penalty of perjury and upon my personal knowledge that the contents of this notice are true and correct to the best of my information and belief, that Contractor has the right to recover the Amount Claimed, and that I am:

☐ the Contractor
☐ an authorized representative of the Contractor and evidence of my authority to execute this notice on behalf of the contractor is appended hereto.
☑ an attorney representing Contractor and evidence of my authority to execute this notice on behalf of the contractor is appended hereto.

Signature: _____
Printed Name: Brian D. Lyman (1000058)
Address: 221 Duke of Gloucester Street
City/State/Zipcode: Annapolis, Maryland 21401
Telephone: (410) 263-3131

State of: Maryland
County of: Anne Arundel ; ss

This instrument was acknowledged before me on this 22 day of March, 20 ___

by Brian D. Lyman as Esquire of
   (Name)                (Title)

Tempo, Inc. t/a Annapolis Painting Services
(Name of Contractor)

Notary Public: _____

My commission expires: 5/18/24

ROD 16 revised 08/2012

**Required documents that must be included in this notice:**

| | |
|---|---|
| If Contractor is an entity organized under the laws of the District of Columbia, or is doing business in the District: | Photocopy of current license to do business issued by the D.C. Department of Consumer and Regulatory Affairs<br><br>Certificate of Good Standing issued within 180 days prior to the date of filing of this notice issued by the D.C. Department of Consumer and Regulatory Affairs.<br><br>If Project is provided under a home improvement contract, a copy thereof. |
| If Contractor is an individual or an entity organized under the laws OTHER than the District of Columbia, and is not doing business in the District: | Photocopy of current license to do business in foreign jurisdiction<br><br>Certificate of Good Standing issued within 180 days prior to the date of filing of this notice issued by the foreign jurisdiction<br><br>If Project is provided under a home improvement contract, a copy of thereof. |
| If Authorized Representative of Contractor or Attorney is filing this Notice | Letter of Authorization from Contractor |

After recording, return to:

Brian D. Lyman, Esq. (bdl@hbdlaw.com)

Hillman, Brown & Darrow, P.A.

221 Duke of Gloucester Street

Annapolis, Maryland 21401

ROD 16 revised 08/2012

**Letter of Authorization**

Date: 03/14/2023

To: Brian D. Lyman, Esq.
(Name of Authorized Representative or Attorney)

I hereby authorize you to execute and file a Notice of Mechanic's Lien in the District of Columbia against MM Property, LLC to recover the amount due to us for materials we supplied and/or work we performed.

Tempo, Inc. t/a Annapolis Painting Services
(Name of Contractor)

By: _____
(Signature)

Robert Bontempo
(Printed Name)

President
(Title)

ROD 16 revised 08/2012

```
Doc #: 2023026939
Filed & Recorded
03/31/2023 12:09 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES        $25.00
  SURCHARGE              $6.50
TOTAL:                  $31.50
```