# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MM PROPERTY LLC,** *et al.* )<br>)<br>**Defendants.** )<br>) | Case No. 1:23-cv-1642 |

## [PROPOSED] ORDER

Upon review of Intervenor, Tempo Inc.'s ("Tempo") Motion to Lift Stay, and the entire record, it is hereby

**ORDERED** that Tempo's Motion is **GRANTED**, and further

**ORDERED** that the stay entered by this Court on May 21, 2024 enjoining Tempo's mechanics' lien action in the Superior Court of the District of Columbia (*Tempo, Inc. v. MM Property, LLC,* No. 2023-CAB-4257 (D.C. Super. Ct.) is hereby lifted.  Tempo shall timely notify the Superior Court of this Order and may proceed with its mechanics' lien litigation accordingly.

**SO ORDERED**.

DATE: _____

                                                                                    _____
                                                                                    CARL J. NICHOLS
                                                                                    United States District Judge

## **LOCAL RULE LCvR 7(k) SERVICE CONTACTS**

Pursuant to Local Rule 7(k), the following attorneys and parties would be entitled to be notified of this Proposed Order, should it be entered:

Joshua Cox
Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006
202-728-3023
Joshua.cox@stinson.com

*Counsel for Receiver, Bradley Jones*

Christos Christodoulou
Jeffrey Tarkenton
Kathleen Gallagher
Cathy Hinger
Womble Bond Dickinson LLP
2001 K Street NW
Suite 400, South
Washington, DC 20006
202-857-4451
Christos.christodoulou@wbd-us.com
Jeffrey.tarkenton@wbd-us.com
Katie.gallagher@wbd-us.com
Cathy.hinger@wbd-us.com

*Counsel for Plaintiff, Federal Home loan Mortgage Corporation*

Cathy Hinger
Womble Bond Dickinson LLP
2001 K Street NW
Suite 400, South
Washington, DC 20006
202-857-4451
Cathy.hinger@wbd-us.com

*Counsel for U.S. Bank Association, National Association*

R. Clark Fonda, Jr.
2000 Tower Oaks Blvd.
Suite 200
Rockville, MD 20852
202-503-9276
clark@werthermills.com

*Counsel for Intervenor, Tempo. Inc.*

MM Property LLC
12231 Parklawn Drive
Rockville, MD 20852

*Unrepresented Corporate Defendant*

MM Guaranty LLC
1209 Orange Street
Wilmington, DE 19801

*Unrepresented Corporate Defendant*

                                                                                  */s/ Clark Fonda*
                                                                                 R. Clark Fonda, Jr.